IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )    CR No. 23-179
                                    )    Washington, D.C.
          vs.                       )    February 23, 2024
                                    )    9:50 a.m.
JAMES BREHENY,                      )
                                    )
          Defendant.                )
_____ )


TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Kathryn Leigh Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-6928
                             Email:
                             kathryn.rakoczy@usdoj.gov


For the Defendant:           Harley D. Breite
                             LAW OFFICE OF HARLEY D. BREITE
                             562 Black Oak Ridge Road
                             Wayne, NJ 07470
                             (973) 872-0604
                             Email: harleydbreite@aol.com

APPEARANCES CONTINUED:

Probation Officer:         Crystal Lustig

Court Reporter:            William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

3

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  All rise.  The Honorable

3   Amit P. Mehta presiding.

4          THE COURT:  Good afternoon, everyone.  Please be

5   seated.

6          COURTROOM DEPUTY:  We are on the record in

7   Criminal Case 23-179, United States of America versus

8   James Breheny.

9          For the government, we have Kathryn Rakoczy.

10          For defense, we have Harley Breite.

11          From probation, we have Crystal Lustig.

12          And the defendant is present in the courtroom.

13          THE COURT:  Okay, counsel, good morning.

14          Mr. Breheny, good morning to you.

15          Ms. Lustig.

16          All right.  So we're here this morning for

17   sentencing.  Are both sides ready to proceed?

18          MS. RAKOCZY:  Yes, Your Honor.

19          THE COURT:  Mr. Breite?

20          MR. BREITE:  Yes.

21          THE COURT:  Okay.  All right.

22          Let me just go through what I have received and

23   reviewed:

24          First, the Presentence Investigation Report at 63;

25   the Probation Office's recommendation at 64; the

 1    government's memorandum in aid of sentencing at 66-1, as

 2    well as the video exhibit that was submitted by the

 3    government; and then the defendant's sentencing

 4    memorandum -- actually, I'm not quite sure whether it was

 5    docketed or not, but I have received it; and there were,

 6    I think, four letters of support.

 7              Is there anything else I should have mentioned?

 8              MS. RAKOCZY:  Not for the government, Your Honor.

 9              MR. BREITE:  No, Your Honor.

10              THE COURT:  Okay.  All right.

11              So, Mr. Breite, could I ask you to please just

12    confirm for me that Mr. Breheny has received and had an

13    opportunity to review the Presentence Investigation Report?

14              MR. BREITE:  Yes, he has, Your Honor.

15              THE COURT:  Okay.

16              All right.  So before we get to the allocutions,

17    let's just handle a couple of Guidelines matters.

18              The first is the government's motion for 5K

19    departure based upon substantial cooperation.  The

20    government's asking for a six-level departure.

21              And I reviewed the parties' submissions.

22    Anything either side wants to add on that?

23              MS. RAKOCZY:  Nothing for the government,

24    Your Honor.

25              MR. BREITE:  No, Your Honor.

1          THE COURT:  All right.

2          Then based upon the government's representations,

3   I will grant the six-level departure under 5K1.1 for

4   substantial assistance, largely for the reasons and based

5   upon the representations made in the government's

6   memorandum.

7          All right.  Then there is the zero-point

8   adjustment under 4C1.1.  I think Mr. Breheny, consistent

9   with the plea agreement, hasn't expressly asked for that

10  reduction, but he's noted that Probation has recommended it,

11  and the government opposes it.

12          I'm happy to hear from either side if you wish to

13  be heard further.

14          MS. RAKOCZY:  No, Your Honor.  The government will

15  rest on its argument in the papers.

16          THE COURT:  Okay.

17          Mr. Breite?

18          You can stand there.  That's fine.

19          MR. BREITE:  Thank you.

20          Judge, we would ask for that point -- that

21  reduction.  Mr. Breheny appears to be eligible for it.

22          Also appears, I think that there's some -- in the

23  footnotes, there's some discussion about non-violent

24  offenders and people with no priors and things like that.

25  So being brief, I think Mr. Breheny qualifies for it, most

1    respectfully.

2              THE COURT:  Okay.

3              Well, I framed it the way I did, Mr. Breite,

4    because I read your plea agreement not to permit a request

5    for a reduction below, I think it was, 16, I think, was the

6    offense level you all had agreed upon.  Now, of course, you

7    reached that agreement before the Guidelines went into

8    effect, so with that condition.  In any event, nonetheless,

9    Probation has asked for -- or made the recommendation, so

10   I will consider it.

11             The government has argued that it does not apply

12   because Mr. Breheny used violence or credible threats of

13   violence in connection with the offense, and I just don't

14   think that's the case based upon his conduct, the relevant

15   conduct that's attributable to him.

16             As the government rightly points out in its

17   motion -- excuse me, in its sentencing memo, Mr. Breheny was

18   not charged with conspiracy, and, therefore, none of the

19   acts that -- of violence or threats that were made by other

20   Oath Keepers can be attributed to him, one; two, in terms of

21   his conduct that day, as far as I understand it and what the

22   factual proffer entails, it involved going into the

23   building, he was there for about five or six minutes, and

24   then came out.  At no time is he alleged to have engaged in

25   violent conduct or made any credible threats of violence.

1          And notably because he was not added to the set of

2    communications involving Oath Keepers prior to January 6th,

3    he was not part of all of the communications that did refer

4    to potential violent conduct prior to January 6th.  So

5    I don't think the exception to 4C1.1 applies, and so I do

6    think the adjustment applies, the two-level reduction does

7    apply.

8          The government alternatively has argued that the

9    Court should vary upwards by two levels to counter the

10   reduction, in recognition of the unique nature of

11   January 6th and to ensure future deterrence.

12         I'm not inclined to do that.  I don't think that

13   the Guidelines have a January 6th exception to them.  And

14   given the number of people that are involved in the events

15   of that day, we would be talking about upward adjustments

16   for a lot of people to counter the two point zero -- the

17   two-point reduction or the zero-point reduction.  So I don't

18   think an upward adjustment to counter what the

19   Sentencing Commission believes is an appropriate adjustment

20   is warranted, okay?  So those are the two Guidelines issues

21   that I had to resolve.

22         So Mr. Breheny's Criminal History.  He has no

23   Criminal History points; therefore, he's Criminal History

24   Category I.

25         For his conviction under 18 U.S.C. 1512(c)(2), the

1    applicable Guideline is 2J1.1.  The Base Offense Level is a

2    14.

3              Because Mr. Breheny substantially interfered with

4    the administration of justice and agreed that he did so, an

5    additional three levels are added.

6              Because he deleted evidence, namely videos that he

7    had taken, as well as his Facebook account after the events

8    of January 6th, with the intention of essentially destroying

9    that evidence from law enforcement, two levels are added,

10   for an adjusted offense level of 19.

11             Because he has accepted responsibility, three

12   levels are reduced.

13             The zero-point-offender reduction of two levels is

14   added -- or subtracted, I should say.

15             And then under the 5K1.1 departure, six levels are

16   reduced.

17             So we end up with a total offense level of 8,

18   which, when combined with the Criminal History of

19   Category I, results in a Guidelines Range of zero to six

20   months, and a fine of 2,000 to $20,000.

21             Okay.  So that's the Guidelines calculation.

22   Are there any other preliminary matters either side wishes

23   to raise before we turn to the allocutions?

24             MS. RAKOCZY:  No, Your Honor.

25             MR. BREITE:  No, Your Honor.

1          THE COURT:  All right.

2          So we'll begin with Ms. Rakoczy.

3          MS. RAKOCZY:  Thank you, Your Honor.

4          The government does not have that much to add

5    beyond what it put in its papers.

6          We stand before the Court asking for a sentence

7    for Mr. Breheny that is different, very different from the

8    sentence that the government has asked the Court to impose

9    on other members and affiliates of this group called the

10   Oath Keepers.

11         There are two main reasons for that.  The first is

12   that Mr. Breheny is in a very different situation, from the

13   government's perspective, than the other members and

14   affiliates of the Oath Keepers whom this Court has

15   sentenced, primarily because, from the government's

16   perspective, based on the evidence, Mr. Breheny did not take

17   that additional step of joining into a conspiracy to

18   interfere with the proceedings inside the Capitol Building

19   that day.

20         He did admit that he went in there in order to

21   disrupt the proceeding, and that is a grave offense and he

22   should receive some level of a punitive aspect of his

23   sentence for the purposes of deterrence and the other

24   3553(a) factors that we addressed, but he is in a very

25   different position than individuals who joined together in a

1    criminal conspiracy to achieve those results to try to

2    interfere.

3              THE COURT:  Ms. Rakoczy, I'm sorry to interrupt.

4         Can I just ask a question about his conduct?

5    How is it that he ended up on the east side of the Capitol

6    not far from and not much behind the, what we've called,

7    Stack 1 or Line 1?  Do you have any sense of that?

8              MS. RAKOCZY:  It is our understanding that he

9    certainly was on a chat, the "D.C. Op Jan. 6, '21" chat that

10   Mr. Rhodes had organized for coordination with regional

11   leaders of the Oath Keepers that day.  He was not added

12   until about 6:00 in the morning that morning.

13        But there were some updates about individuals'

14   locations.  The Court may remember Mr. Rhodes actually

15   incorrectly stated where he and several of his affiliates

16   were.  But there was some information being conveyed about

17   the group's location.

18        And so we think he had a general understanding of

19   where the group was, but we do not believe that there was

20   actual coordination between Mr. Breheny and the two groups

21   that we've referred to as stacks that entered hands on

22   shoulder together.

23        So there's sort of a -- I think the general

24   location and the timing has something to do with what was

25   being communicated about where the Oath Keepers were

1  gathering that day, but that there was not direct

2  communication.

3           THE COURT:  And so he would have entered the

4  building after the first group, and left the building before

5  the first group, but yet was -- managed to meet up with

6  everyone in the plaza.  Was that just by happenstance, or

7  how did that come about; do you know?

8           MS. RAKOCZY:  Mr. Rhodes did post several

9  pictures.  After he gave an inaccurate accounting of where

10  he was, he did continue to post pictures, and so I think

11  individuals who were not necessarily part of either of the

12  conspiratorial groups did have information about where he

13  gathered.

14           It was also pretty close to where one would have

15  exited from the East Rotunda doors.  He was in front of --

16  one step north -- one set of steps north of those central

17  east side steps.  But you would have passed that way to exit

18  through -- you know, back out to the -- in the direction of

19  Union Station, for lack of a better directional guideline.

20  And so I think a lot of human beings who exited the building

21  passed that way as they left, and he would have seen the

22  large group of 40 or so people affiliated with that Oath

23  Keepers group as he passed.

24           He also was with another individual from

25  New Jersey who did not go into the building.  And

 1    I don't recall from the information that we've learned from

 2    Mr. Breheny whether he just sort of came back out and tried

 3    to meet back up with that individual in the same spot where

 4    he left that person, which was pretty similar to where

 5    Mr. Rhodes and other Oath Keepers remained.

 6              THE COURT:  Okay.  Thank you.

 7         I just was curious about those facts.

 8              MS. RAKOCZY:  And it's worth noting that there's

 9    also -- you know, we've reviewed a lot of video footage, but

10    Mr. Breheny did not appear to meet up with the other members

11    and affiliates of the Oath Keepers --

12              THE COURT:  Right.

13              MS. RAKOCZY:  -- even inside the building for the

14    brief time that he was there.

15         And so for these reasons, we do view him as

16    somebody who certainly committed a very serious felony

17    offense by going inside that building, joining a violent mob

18    in order to interrupt the proceedings that day.  But we see

19    him as very differently situated factually because of his

20    decision, wise decision, to not join into a conspiracy to

21    achieve those results.

22         Additionally, Mr. Breheny provided substantial

23    assistance to law enforcement as outlined in our memorandum.

24    He did not join the conspiracy, but by virtue of his

25    position as a regional leader of the Oath Keepers, someone

1   who communicated with Stewart Rhodes in advance of

2   January 6th, he did have information to provide that was

3   useful to the government that we outlined in some redacted

4   portions of our memorandum, which we submitted to the Court

5   unredacted under seal.

6           And as the Court is aware, and I think as this

7   Court and other courts have noted, it is very challenging to

8   investigate and to prosecute criminal conspiracies without

9   the assistance of individuals who either participated in or

10  were privy to certain planning, coordination, and

11  communications of intent.  And so we do believe that it is

12  vital for courts and for the government to recognize and to

13  encourage that level of cooperation, particularly in

14  criminal conspiracy investigations where it can be critical

15  to figuring out the truth of those situations and to

16  effectively holding those who did participate or lead some

17  conspiracies accountable.

18          So for all these reasons, we do believe that

19  Mr. Breheny has admitted to participating in a very serious

20  offense that informs the government's request for some

21  period of home confinement consistent with the Guidelines as

22  part of his probationary sentence.  We do believe certain

23  things like community service and the restitution are

24  important to make whole or to attempt to make whole for the

25  loss that he caused.

1    But we do believe that a sentence of incarceration

2    is not necessary in this case, despite the very serious

3    conduct, because Mr. Breheny was certainly far less culpable

4    than similar defendants in the related cases before this

5    Court, and because of the substantial assistance that he

6    provided to law enforcement.

7    THE COURT:  Ms. Rakoczy, can I just ask for

8    clarification in terms of the government's sentencing

9    request?  And it appears that defendant agrees with the

10   request.

11   But you've used the term home confinement, which

12   I understand to literally mean confined at home and not

13   permitted to leave except for, you know, court obligations

14   and when otherwise allowed.

15   Do you mean that or home detention, which would

16   allow him to continue to work, attend religious services as

17   he's requested and other matters?

18   MS. RAKOCZY:  We do not oppose him working or

19   attending religious services or medical appointments solely

20   for that purpose.

21   I candidly am not certain under the way the

22   Guidelines envisions it.  And so the Guidelines says that in

23   certain zones of the Guidelines, the Court can impose a

24   sentence where probation is the sentence, but a period of

25   that can be served via home confinement, and I think that's

1   why we used that term.

2          I candidly do not know under the Guidelines

3   whether that home confinement contemplates and permits

4   working and attending religious services.  But the

5   government does not oppose that.  It's in, I think,

6   everyone's interest that Mr. Breheny remain employed, and we

7   don't have an opposition to religious or medical

8   appointments.

9          I'm just not certain if that's contemplated, and

10  the government does, for reasons we've expressed repeatedly,

11  we do believe it's important to try to impose a

12  Guidelines sentence here, and so that's what we were

13  endeavoring to do.

14         THE COURT:  All right.

15         Ms. Lustig, do you have a sense of how -- whether

16  the Guidelines consider home detention as a sort of variant

17  of home confinement, as that term is used?

18         PROBATION OFFICER:  Your Honor, there are three

19  forms of location monitoring, and so they have various

20  levels.

21         Curfew is the least restrictive.

22         Home detention is what I think you're referring

23  to, him being able to work, attend medical appointments,

24  religious services, et cetera.

25         And then the most restrictive is home confinement,

```
 1   which is confined to the home for 24 hours a day unless an
 2   emergency arises.
 3           All of those are considered to be compliant --
 4   each of those three different forms of location monitoring
 5   are Guideline compliant.
 6           THE COURT:  Okay.  Thank you.  I appreciate the
 7   clarification.
 8           Okay.  Mr. Breite, I'll hear from you next.
 9           MR. BREITE:  Good morning, Your Honor.
10           THE COURT:  Good morning.
11           MR. BREITE:  First, I'd like to thank Your Honor
12   and your court staff throughout the entire proceedings for
13   accommodating myself with some of my technological
14   deficiencies.  Your Honor and the court staff have been most
15   gracious and understanding.
16           Your Honor, I want to also make sure that
17   somewhere in the record of all of this, that the public
18   knows -- well, first I want to thank the government, and
19   that's not something that Harley Breite really does a lot
20   of.
21           But it's important here because the public ought
22   to know -- and this is my third of what we -- what people
23   have called the Capitol riot cases.
24           I've represented a person who was a solo
25   participant, so to speak, I represented someone who's a
```

1    member of the Proud Boys, and I represent someone today who

2    was a member of the Oath Keepers.  So I've had the privilege

3    to see the Capitol riot cases in sort of three different

4    levels, three different strata, and it's been very

5    informative and illuminating to me.

6         And, look, I'm just a guy from New Jersey, I'm

7    really nobody.  And to be part of this historical aspect of

8    currents of the criminal justice system, it's a privilege to

9    me, it's a privilege to be part of.

10        As a criminal defense attorney, you know, I wish

11   the thing never happened obviously.  But to be part of

12   something so historical, it's a privilege.

13        And to be part of three different cases, which

14   present three very different people, three very different

15   circumstances, and three very different intents and

16   purposes, it's been a privilege for me.

17        But what I need the public to know is that all

18   three of my experiences have been met with nothing but

19   honesty and professionalism from the part of the government.

20        This has not been a persecution, this has been a

21   prosecution.  I can only speak of my three different

22   experiences with, again, a single individual, a member of

23   the Proud Boys, a member of the Oath Keepers.  And all three

24   of my clients were treated fairly, with respect.

25        And most importantly, the government took an

1   honest look at my clients in three different cases, in three

2   different perspectives.  There was not some blanket mosaic

3   created for all Proud Boys, for all Oath Keepers or for

4   anyone.

5           And it's important that somewhere there's a record

6   so the people of America know, and, really, the people of

7   the world, that in my three instances, I was very happy and

8   relieved that the government acted so professionally.

9           And the United States Attorneys who worked on this

10  case, all of them, did nothing but elevate the status of

11  their office in the way that they acted with me.  So I just

12  want that out there for the record.

13          Moving forward, it saddens me to be here on this

14  case, especially in a sense, because when I look at

15  Mr. Breheny and what brought him here, what brought him here

16  was very poor decision-making and a transgression against

17  the law.  But when I look at his entire life, his being,

18  what he stood for, and most importantly, what really

19  mattered to James Breheny, it was the exact opposite of what

20  occurred that day.

21          He didn't come to D.C. to cause chaos, to cause a

22  riot, to be part of a riot.  That was not his intent.  And

23  intent matters, right?  We look at it in the law.  It

24  matters.  We judge people by intent.  We forgive people even

25  without intent, with intent.  It's all sort of demarcations

1    of how we view a person.

2          This is certainly Mr. Breheny at the worst moment

3    of his life.  And I hope that when all this is over, that

4    people who don't know Mr. Breheny don't judge him in the

5    finality of what happened on January 6th, because he's

6    better than that.  He was better than that, and, more

7    importantly, he is better than that, and he will be better

8    than that.

9          So how do we know that?  Well, Judge, if the past

10   is truly prologue, we know that Mr. Breheny's dedicated a

11   substantial amount of his life to helping others.  And

12   that's what led him originally to the Oath Keepers, because

13   he has a specialty in radio communications.  And he's been

14   all over this country helping people in times of crisis,

15   hurricane, flood so that they could communicate, so that

16   food and water can get to people in need.  And that was his

17   specialty.  He served proudly in the military, and he

18   learned that skill, he honed that skill, and he continued to

19   use that for proper purposes.

20         And so when he joined the Oath Keepers, he and

21   four, I'd like to repeat that, four other members in the

22   entire state of New Jersey, the five of them, again, the

23   five of them, collectively aimed to elevate and improve the

24   lives of people who were in desperate need.  And that's what

25   he did.  He went around the country in hurricanes and storms

1    and helped people.  He taught other people how to

2    communicate in terms of -- in times of emergencies so that

3    they could receive help.

4            Your Honor, there are, I think, four letters that

5    I submitted, and I appreciate very much that Your Honor

6    reviewed them.  But what you see there are people who help

7    other people, thanking Mr. Breheny for helping them to help

8    other people.

9            There's letters from people who are in SERT and

10   Red Cross.  And he's -- he didn't just start helping people

11   after he got in trouble, right?  It's not that kind of

12   mandate, where he said, well, I better do something to

13   impress the judge so I don't get slammed.  He had a whole

14   lifetime before January 6th of actions that spoke to his

15   true character, his belief in America as a country that

16   served not only itself but others.  And, unfortunately,

17   things didn't go that way on January 6th, and he takes

18   responsibility for that.

19           In fact, what's interesting to note is, unlike

20   some people, he took immediate responsibility.  It was like

21   a week later when law enforcement came to him.  And

22   he didn't say I wasn't there, I didn't do this, I didn't do

23   that.

24           But once, a week later, when he was, let's say, he

25   was met by law enforcement, there was no turning back, there

1    was no, I didn't do it, I didn't mean this or this didn't

2    happen.  He came forth with true sincere contrition, and he

3    displayed that.

4             And I'm not going to speak about the rest of what

5    he did, Your Honor's aware of that, but that evinces his

6    true contrition, because he wanted to right the wrong.

7    He didn't want to just skirt away.  He said, look, I'm in

8    trouble, I figured that, I'm going to pay a price, but let

9    me do something about it.  Now that I'm in this bad

10   position, let me make it better, and that's what he did.

11            And so, Judge, he wasn't part of a conspiracy.

12   He had actually left the Oath Keepers years before this

13   happened.  But there were -- there were communications that

14   were maintained.  And the government accurately represented

15   what had happened, I don't need to repeat that.

16            But when we look at what Your Honor's aim is

17   today, and there's certainly -- there certainly has to be

18   some punishment, there has to be retribution for what he

19   did, understandably.

20            But the rehabilitative nature of this -- and the

21   government alluded to that and Probation spoke about it --

22   there are these three levels of location monitoring, and,

23   you know, the government has asked for home detention.  And

24   I was a little curious about the difference between home

25   confinement, home detention.  Some districts use different

1    terms.

2              And I came here today to beseech Your Honor to

3    allow Mr. Breheny to continue working.  He's been gainfully

4    employed this entire time.

5              And where I'm from in New Jersey, it's not that

6    easy to get a job.  And it's not easy to get a job when your

7    name is all over the Internet not because he has put it on

8    at any point.

9              But this is a public thing.  Like, people are

10   watching this, people are listening.  People call my office

11   and say, hey, what's going on with this Breheny guy?  Like,

12   he's in the paper, he's in the news.

13             And some employers are hesitant, they're

14   skeptical, they don't want to keep somebody on the job who

15   they think may be involved in something nefarious.

16             But he's kept working.  He hasn't been in trouble.

17   He's never once even been accused of violating the pretrial

18   conditions he's under.  He's continued to do charitable

19   work.

20             In fact, Your Honor, this is nothing that I really

21   promote, but, for the last 30 years, I've run a charity,

22   I mean, it's not a legal charity, it's just a thing that I

23   do, it's called Harley's Kids.  And so every -- I started

24   with 32 mentally and physically challenged people.  Now

25   I have 200.

1            And every two months, I throw a party.  So we

2      have, like, 85 pizzas, we have a live DJ, we have a

3      photographer.  We have a big party every two months.

4      We make up a reason to have a party for people who are

5      challenged.

6            And when I first met Mr. Breheny, it came up

7      because he was talking about it.  And I said, why don't you

8      come, if you like, to the parties.  And he came.  Not

9      because he had to.  And I guess I was supposed to submit

10     photos of him there, but I represent to you as an officer of

11     the Court that he's been to these parties for the last,

12     I don't know, two, two and a half years.

13            And he comes because he wants to.  And I watch

14     him.  I stand back and I watch who's there and what people

15     are doing.  And he's serving pizza to people with Down

16     syndrome, to people in wheelchairs.  He doesn't think he's

17     above anybody.  He doesn't think he's better than anybody,

18     and that's one of the things I really like about him.

19            You know, he's a good person who made a bad

20     decision.  He walked into the Capitol.  He was in awe.

21     I mean, who wouldn't be, right?  Just -- even if you walked

22     in with permission on a day you're supposed to under the

23     correct legal circumstances, you have to be in awe of what

24     it represents.

25            And he took a picture; he took a selfie of

```
 1   himself.  And then he walked out after a couple minutes.
 2   He didn't look to harm anyone.  He didn't go down a hallway
 3   to hurt anyone.
 4           He wasn't -- he was -- and I don't really like
 5   to -- I think it's somewhat of a platitude, especially in
 6   this case, because I don't mean in any way, shape, or form
 7   to diminish the serious nature of what happened that day.
 8           But some other people might say, he was swept up
 9   in the moment.  But he wasn't entirely swept away by some
10   tsunami of aggression or bad behavior or mal intent.  He
11   looked around, he stayed there several minutes, 5 to 6
12   probably, and he took a photo and he walked out.
13           And so I appreciate that Your Honor can consider
14   the specificity of that and compare it to what other people
15   may or may not have done.
16           But I'm asking Your Honor to put him on the
17   type -- to sentence him so that, okay, we call it home
18   detention, but so that he could work and continue to support
19   himself.
20           He lives with his girlfriend.  He has a
21   girlfriend.  I mean, I don't have one; it's kind of a big
22   deal, right?  Like, 13 years he knows this young lady.
23   13 years to be in the same monogamous relationship.  Wow,
24   you don't see that every day.  And so it speaks to his
25   character, his commitment to something, right?
```

1          And his work, he's been steadily employ.  In fact,

2     he's trying to get a -- he's trying to go back to a second

3     job.  So he's not just content working one job, he wants his

4     second job back.  He had a second job, but it had to end;

5     some reasons with the job, not because of him.  But now they

6     offered it back to him, and so now he can work even more

7     hours.  I can't even get a secretary anymore, and he's

8     looking to work two jobs.

9          So with that -- and also that he could attend

10    religious services.  He is a religious man.  And I

11    appreciate the government not opposing that, because they

12    recognize that the rehabilitation of someone has a great

13    deal to do with their self-esteem.  We can knock somebody's

14    self-esteem, we can diminish it.  And actually, it has to

15    be, right?  He's here in a federal courtroom, having pled

16    guilty to a federal crime.  His picture is all over the

17    newspaper.  It's embarrassing.  His brother is here, right?

18    He's got to look at his brother, he's got to look at his

19    family.  He's very close to his sisters.

20         But there's a limit.  And so if we eviscerate his

21    self-esteem, if we don't let him work, if we don't let him

22    have -- continue to grow and nurture the faith that he has

23    in God, there's going to be nothing left of him.  And I'm

24    thankful that the government doesn't want that.  I don't

25    want to -- I want to reasonably infer that Your Honor

1    doesn't want that, I get the sense of that.

2             So, Judge, no man should be judged at this very

3    worst moment, especially at a very worst moment such as

4    Mr. Breheny's, which is what happened on January 6th.

5    He's led a law-abiding life, he hasn't gotten into any

6    trouble obviously since his arrest.  He will continue to

7    lead a law-abiding life.  He's committed his life to work,

8    and he's committed his life to helping others.

9             And so respectfully, Judge, in closing, I would

10   ask that you sentence him -- I mean, I'd love the curfew,

11   but I don't think I can really -- I don't think it would be

12   fair for me to come up and ask for something that wasn't

13   discussed before, so I'm not asking for the curfew.  Love a

14   curfew.

15            But I don't think that it stretched the bounds of

16   decency and morality and leniency, if Your Honor would

17   please sentence him to community service so that he can work

18   and continue to practice his faith in God.  Thank you.

19            THE COURT:  Mr. Breite, thank you for your

20   remarks.

21            Would Mr. Breheny like to make a statement?

22            THE DEFENDANT:  Yes, Your Honor.  I'm --

23            THE COURT:  Mr. Breheny, I'm sorry, I'm just going

24   to ask you to come to the podium so you can speak into the

25   microphone so our court reporter can hear you.

1          THE DEFENDANT:  Yes, Your Honor.

2          I'm not used to speaking so I'm not going to say

3    too much because Harley did a wonderful job and I appreciate

4    what the prosecution has done.

5          I just would like to say that I'm sorry, I wish it

6    never happened.  And if I'm allowed to work and do my

7    community service, you know, I promise to be, you know, a

8    good citizen of the community.  And this will never happen

9    again.

10          So I appreciate it.  Thank you.

11          THE COURT:  All right.  Mr. Breheny, thank you.

12          Okay.  Let me just reiterate what the Guidelines

13    are in this case.  They are zero to six months, with a fine

14    of 2,000 to $20,000.

15          In addition to the Guidelines, I must consider all

16    the factors that are set forth in 18 U.S.C. 3553(a) and

17    impose a sentence that is sufficient but not greater than

18    necessary to achieve the objectives of sentencing set forth

19    in the statute.

20          The factors I must consider are the nature and

21    circumstances of the offense and the history and

22    characteristics of the defendant, the need for the sentence

23    imposed to reflect the seriousness of the offense, to

24    promote respect for the law and to provide just punishment

25    for the offense, to afford adequate deterrence, to protect

1    the public, and to provide the defendant with any needed

2    educational/vocational training or medical care.  I should

3    also consider the kinds of sentences available and the need

4    to avoid unwarranted disparities.

5          Let me just begin, if I may, with just the need

6    for the sentence imposed to reflect the seriousness of the

7    offense and promote respect for the law and to provide just

8    punishment.

9          Much has been said about the significance and

10   impact of January 6th and the events of that day, and

11   certainly Mr. Breheny's role in it reflects the seriousness

12   of the offense of that day and his participation in it, and

13   so the sentence ought to obviously reflect that.

14         I do not think it's necessary that the sentence

15   seek to deter him individually, there's no reason to believe

16   that he'll re-offend in this capacity or any other, but

17   there is some need for general deterrence when it comes to

18   this kind of conduct, and the sentence should reflect it.

19         Let me then turn to the history and

20   characteristics of the defendant.

21         Mr. Breheny is 64 years old.  One of five children

22   who was raised in New Jersey.  Has a high school degree,

23   associate's degree as well.  Has had steady employment

24   throughout his life in various capacities, in sales,

25   construction, window and door installation.

1          Mr. Breheny, I was looking at your employment

2    history and you are truly a jack-of-all-trades; you've done

3    seemingly just about everything.  And presently, he's

4    working as a mechanic for a company out of New Jersey.

5          Importantly, served ten years in the Air Force

6    Reserves, achieving the rank of staff sergeant.

7          Has not been married.  Excuse me, once married but

8    now divorced, and, as counsel alluded to, has been in a

9    long-term relationship.

10          You know, Mr. Breheny's contributions to the

11    community are impressive.  He has been a community volunteer

12    in many capacities, particularly with emergency response

13    organizations, using his expertise in radio operations to

14    help people in emergencies and natural disasters, and that

15    says a great deal about who he is and his character.

16          What also, I think, speaks to his character is,

17    you'll forgive me, Mr. Breheny, but he's battled addiction

18    in his life and -- some years ago, but he recognized that he

19    had these challenges, addressed them.  And not just

20    addressed them, then spent years helping people in similar

21    situations overcome their challenges.  And that's incredibly

22    admirable that you have done that in your life, Mr. Breheny.

23          So, you know, again, it makes it all the more

24    surprising, and I've said this in many, many sentences, to

25    see Mr. Breheny sitting today where he is.

1          He was -- as the government identified, joined the

2  New Jersey chapter of the Oath Keepers.  I guess at some

3  point he was the county coordinator for Bergen County,

4  although it involved a small group of people.  I understand

5  he stopped paying dues to the Oath Keepers a couple years

6  prior to January 6th.

7          Had received Mr. Rhodes' open letter that he

8  posted on December the 14th, which, among other things, said

9  that if the President -- then-President failed to act while

10  he was still in office, "We, the people, would have to fight

11  a bloody Civil War and Revolution against these two

12  illegitimate communist Chinese puppets and their

13  illegitimate regime."  That and other rhetoric by Mr. Rhodes

14  certainly, I think, contributed a great deal to the climate

15  in the days in advance of January 6th that led to the events

16  of that day.

17          He was invited by Mr. Rhodes to attend the events

18  of January 6th in a security capacity.  But I think perhaps

19  what, I think, can only charitably be said as a sign of good

20  judgment, declined to do so, and, therefore, he was not with

21  that main group of Oath Keepers on January 6th.

22          He was added to the "D.C. Op Jan. 6, '21" Signal

23  chat group, and that may have been part of the reason he

24  ended up outside the east doors of the Capitol, East Rotunda

25  doors, around 2:38 p.m., with thousands of others.

1          He did enter the building, although some minutes

2     behind what we've referred to in these prosecutions as the

3     first line of Oath Keepers.  And he admits that he entered

4     the building, in part, to obstruct Congress from certifying

5     the Electoral College vote, obviously very serious conduct

6     and a level of intent that warrants a felony conviction.

7     That said, he was only inside for 5 to 6 minutes.  He did

8     not meet up with any other Oath Keepers while he was inside,

9     and only met with them afterwards.

10          In the aftermath, he did send messages indicating

11     that he had been inside the Capitol.  He acknowledged and

12     understood that there would be law enforcement attention

13     brought upon him, and said to a friend that, "I have to

14     clear chats."  Another friend advised him to delete all

15     pictures, messages, and get a new phone, that he was praying

16     for him.  And then he did later delete photos on his phone

17     and deleted his Facebook account.

18          As counsel points out, he was approached by law

19     enforcement soon after the events of the 6th, and was honest

20     and forthright in admitting his wrongdoing and his conduct

21     that day.

22          After he was arrested, he did immediately offer to

23     cooperate and plead guilty and did offer to enter into a

24     cooperation agreement, and the government emphasizes the

25     significance of his contributions to their prosecution.

1          I think all of that paints a picture that is

2     obviously consistent with someone who has not simply

3     expressed contrition about the day's events, but also sought

4     to reconcile his conduct in a more meaningful way.

5          And what I mean by that is, this wasn't simply

6     about coming in and taking a plea, it was about

7     understanding what your role was, Mr. Breheny, not only that

8     day but in the days and weeks leading up to it, and making a

9     decision that you thought it was in your best interest, to

10    be sure, but I think also fairly in the best interest of the

11    country to cooperate and to share what you knew and what you

12    understood, to ensure that others who had acted in more

13    significant ways, who had engaged in conspiratorial conduct,

14    had agreed to use violence against the government of the

15    United States, as a jury in this -- concluded in two trials,

16    could be brought to justice, and that is extremely

17    significant.

18          I would like to just simply read from Mr. Breite's

19    submission, because I think it's important to do so,

20    because, as we all know, there has been, regrettably, a fair

21    amount of mischaracterization about the events of that day

22    and about the prosecutions that have followed.

23          You know, Mr. Breite writes that, "The public

24    should be made aware that, regardless of which side they

25    fall on in terms of political belief, they can be sure that

1    the government and the Court," just say the courts

2    generally, "have done nothing but elevate the status of

3    integrity of our criminal justice system."

4         And I think that's a significant observation from

5    somebody who's been doing this for a long time.  And I think

6    is a message that is lost among the efforts to try and

7    define what happened that day; that what has happened in the

8    aftermath is not an effort to politically persecute people

9    or go after them for their beliefs, but is to bring people

10   to justice and hold them to account for their conduct that

11   day, not in a way that is -- paints with a broad brush or

12   does not look at people as individuals, but to do so in a

13   way that is just, fair, and, importantly, allows the country

14   to move forward.

15        And I dare say, Mr. Breheny, you are actually the

16   first of members or former members, in your case, of the

17   Oath Keepers who have come before me in this posture, and

18   you deserve a great deal of credit for it, you really do.

19        It puts you at some risk.  It certainly subjected

20   you to negative publicity.  But, importantly, I think you

21   have demonstrated to others, particularly those who still

22   face charges and are yet to be tried, that reconciling your

23   conduct with the events of the day as a whole and

24   understanding that you have the ability to contribute to the

25   healing that needs to happen is a very important and

1    powerful message.  And I thank you for doing that, and

2    I think, frankly, the country ought to thank you for doing

3    that.

4            So the sentence of the Court will be as follows:

5            Mr. Breheny, you will be sentenced to a term of

6    three years of supervised release, the first six months of

7    which will be served on home detention.

8            Probation will provide you with the details, but

9    that will allow you, among other things, to be out of the

10   home for work, importantly, religious services and medical

11   appointments and other court obligations.  And I will add,

12   the court obligations do include community service hours

13   which will be imposed.  In addition, you are ordered to pay

14   a special assessment to the Court of $100.

15           While you are on supervision, you shall abide by

16   the following mandatory conditions, as well as all

17   discretionary conditions recommended by the Probation Office

18   in part D of the sentencing options of the Presentence

19   Investigation Report.  Those conditions are imposed to

20   establish basic expectations for your conduct while on

21   supervision.

22           Those mandatory conditions include not committing

23   another federal, state, or local crime.  You must not

24   unlawfully possess a controlled substance.  You must refrain

25   from any unlawful use of a controlled substance; however,

1    I will suspend the drug testing requirement, given that

2    there's no recent indication of use of such substances.

3            You must cooperate in the collection of DNA as

4    directed by the probation office, and you must make

5    restitution in the amount that I will note in a moment.

6            The following special conditions shall apply:

7            You shall provide the Probation Office access to

8    any requested financial information and authorize the

9    release of any financial information.  That financial

10   information can be shared with the U.S. Attorney's Office.

11   That access can be requested up until the time the

12   restitution is fully paid.

13           You also will be ordered to perform 120 hours of

14   community service, and the Probation Office will supervise

15   you in that community service and require you to document

16   your hours as part of that service.

17           You are ordered, as you have agreed, to make

18   restitution in the amount of $2,000.  The Court determines

19   that you don't have the ability to pay interest and,

20   therefore, will waive interest or penalties that may accrue

21   on the balance.  The Court also will waive any costs with

22   respect to the home detention monitoring.

23           The restitution payment shall be made to the Clerk

24   of the Court for the United States District Court in the

25   District of Columbia to be disbursed in the amount of $2,000

1    to the Architect of the Capitol.  I will ask you,

2    Mr. Breheny, to make payments toward that amount of $100 a

3    month.

4          Your financial obligation to the Court, that is

5    the $100, is immediately payable to the Clerk of the Court

6    for the U.S. District Court here at 333 Constitution Avenue

7    in Northwest Washington, D.C.  Within 30 days of any change

8    of address, you shall notify the Clerk of the Court of the

9    change until such time as your financial obligation is paid

10   in full.

11         The Probation Office is authorized to release the

12   Presentence Investigation Report to all appropriate

13   agencies, including the approved district of residence.

14         I will authorize that jurisdiction of this

15   matter -- excuse me, that supervision of Mr. Breheny be

16   transferred to the jurisdiction of residence, which means,

17   Mr. Breheny, you will be reporting to an officer in your

18   home district, but I'll retain supervision over the case in

19   the event anything needs my attention.

20         Mr. Breheny, you do have the right to appeal your

21   conviction based upon the promises and conditions that are

22   set forth in your plea agreement.  That includes any

23   sentence that is above the statutory Guidelines -- excuse

24   me, above the statutory maximum penalty or in excess of the

25   Guidelines Range.

1          If you wish to file an appeal, you must file

2    notice of an appeal within 14 days after the Court enters

3    judgment.  If you are unable to afford the cost of an

4    appeal, you may request permission from the Court to file an

5    appeal without cost to you.  And if you cannot afford

6    counsel for purposes of such an appeal, you may request that

7    the Court appoint one for you as well.

8          You also have reserved your right to raise on

9    appeal ineffective assistance of counsel either in

10   connection with your plea or sentencing.  And you have

11   reserved the right to challenge your conviction that's been

12   entered and the sentence imposed under 28 United States Code

13   2255 to the extent that is permitted by that statute and

14   your plea agreement, and that includes exceptions for

15   ineffective assistance of counsel and any newly discovered

16   evidence.  So that will be the sentence of the Court.

17          Ms. Lustig, is there anything I need to add?

18          PROBATION OFFICER:  Yes, Your Honor.  I just

19   wanted to clarify.

20          I believe you said 36 months of supervised

21   release?

22          THE COURT:  If I said supervised release, I meant

23   probation.

24          PROBATION OFFICER:  Okay.  Thank you.

25

1          THE COURT:  All right.  Mr. Breite, any objections

2     you'd like to put on the record at this time?

3          MR. BREITE:  No, Judge.

4          I just want to ask one thing for purposes of

5     clarification, I'm sorry.

6          The 120 hours of community service, I just would

7     like to know if the Court might not oppose or Probation

8     wouldn't oppose that what Mr. Breheny's already involved in

9     now constitute community service so that he can continue in

10    those strides and he can use that time there towards his

11    120 hours.

12         THE COURT:  What I will say is as follows:

13    I rely on Probation to confirm that the work is, in fact,

14    charitable.

15         It sounds charitable to me, as it does involve

16    community service and he's not being paid for it.  So I

17    certainly think I would recognize it as such, and, frankly,

18    I'd be surprised if Probation does not.  If it becomes an

19    issue, let me know and we can take care of it, okay?

20         MR. BREITE:  Thank you very much.

21         THE COURT:  All right.

22         Unless there's anything else, Mr. Breheny, take

23    care of yourself, I wish you well, and thank you.

24         THE DEFENDANT:  Thank you, Your Honor.

25

1          COURTROOM DEPUTY:  All rise.

2          This Honorable Court stands adjourned.

3          (Proceedings concluded at 10:55 a.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that

the foregoing is a correct transcript from the record of

proceedings in the above-titled matter.


Date:__March 19, 2024_____    

                                William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [3]  3/2 3/6
38/25
MR. BREITE: [10]
3/20 4/9 4/14 4/25 5/19
8/25 16/9 16/11 38/3
38/20
MS. RAKOCZY: [11]
3/18 4/8 4/23 5/14 8/24
9/3 10/8 11/8 12/8
12/13 14/18
PROBATION
OFFICER: [3]  15/18
37/18 37/24
THE COURT: [25]  3/4
3/13 3/19 3/21 4/10
4/15 5/1 5/16 6/2 9/1
10/3 11/3 12/6 12/12
14/7 15/14 16/6 16/10
26/19 26/23 27/11
37/22 37/25 38/12
38/21
THE DEFENDANT: [3]
26/22 27/1 38/24

$
$100 [3]  34/14 36/2
36/5
$2,000 [2]  35/18 35/25
$20,000 [2]  8/20 27/14

'
'21 [2]  10/9 30/22

0
0604 [1]  1/19
07470 [1]  1/19

1
10:55 [1]  39/3
120 [2]  35/13 38/6
120 hours [1]  38/11
13 [1]  24/22
13 years [1]  24/23
14 [2]  8/2 37/2
14th [1]  30/8
1512 [1]  7/25
16 [1]  6/5
179 [2]  1/4 3/7
18 U.S.C [2]  7/25 27/16
19 [2]  8/10 40/7

2
2,000 [4]  8/20 27/14
200 [1]  22/25
20001 [1]  2/6
202 [2]  1/15 2/6
2024 [2]  1/5 40/7
20530 [1]  1/15
2255 [1]  37/13
23 [1]  1/5
23-179 [2]  1/4 3/7
24 [1]  16/1
252-6928 [1]  1/15
28 [1]  37/12
2:38 [1]  30/25
2J1.1 [1]  8/1

3
30 [1]  22/21
30 days [1]  36/7
32 [1]  22/24
3249 [1]  2/6
333 [2]  2/5 36/6
354-3249 [1]  2/6
3553 [2]  9/24 27/16
36 [1]  37/20

4
40 [1]  11/22
4C1.1 [2]  5/8 7/5

5
555 [1]  1/14
562 [1]  1/18
5K [1]  4/18
5K1.1 [2]  5/3 8/15

6
63 [1]  3/24
64 [2]  3/25 28/21
66-1 [1]  4/1
6928 [1]  1/15
6:00 [1]  10/12
6th [16]  7/2 7/4 7/11
7/13 8/8 13/2 19/5
20/14 20/17 26/4 28/10
30/6 30/15 30/18 30/21
31/19

8
85 [1]  23/2
872-0604 [1]  1/19

9
973 [1]  1/19
9:50 [1]  1/6

A
a.m [2]  1/6 39/3
abide [1]  34/15
abiding [2]  26/5 26/7
ability [2]  33/24 35/19
able [1]  15/23
about [25]  5/23 6/23
7/15 10/4 10/12 10/13
10/16 10/25 11/7 11/12
12/7 21/4 21/9 21/21
21/24 23/7 23/18 28/9
29/3 29/15 32/3 32/6
32/6 32/21 32/22
above [4]  23/17 36/23
36/24 40/4
above-titled [1]  40/4
accepted [1]  8/11
access [2]  35/7 35/11
accommodating [1]
16/13
account [3]  8/7 31/17
33/10
accountable [1]  13/17
accounting [1]  11/9
accrue [1]  35/20
accurately [1]  21/14
accused [1]  22/17
achieve [3]  10/1 12/21

achieving [1]  29/6
acknowledged [1]
31/11
act [1]  30/9
acted [3]  18/8 18/11
32/12
actions [1]  20/14
acts [1]  6/19
actual [1]  10/20
actually [5]  4/4 10/14
21/12 25/14 33/15
add [4]  4/22 9/4 34/11
37/17
added [6]  7/1 8/5 8/9
8/14 10/11 30/22
addiction [1]  29/17
addition [2]  27/15
34/13
additional [2]  8/5 9/17
Additionally [1]  12/22
address [1]  36/8
addressed [3]  9/24
29/19 29/20
adequate [1]  27/25
adjourned [1]  39/2
adjusted [1]  8/10
adjustment [4]  5/8 7/6
7/18 7/19
adjustments [1]  7/15
administration [1]  8/4
admirable [1]  29/2
admit [1]  9/20
admits [1]  31/3
admitted [1]  13/19
admitting [1]  31/20
advance [2]  13/1 30/15
advised [1]  31/14
affiliated [1]  1/12
affiliates [4]  9/9 9/14
10/15 12/11
afford [3]  27/25 37/3
37/5
after [9]  8/7 11/4 11/9
20/11 24/1 31/19 31/22
33/9 37/2
aftermath [2]  31/10
33/8
afternoon [1]  3/4
afterwards [1]  31/9
again [4]  17/22 19/22
27/9 29/23
against [3]  18/16 30/11
32/14
agencies [1]  36/13
aggression [1]  24/10
ago [1]  29/18
agreed [4]  6/6 8/4
32/14 35/17
agreement [6]  5/9 6/4
6/7 31/24 36/22 37/14
agrees [1]  14/9
aid [1]  4/1
aided [1]  2/8
aim [1]  21/16
aimed [1]  19/23
Air [1]  29/5
all [36]  3/2 3/16 3/21

7/3 9/1 13/18 15/14
16/3 16/17 17/17 17/23
18/3 18/3 18/10 18/25
19/3 19/14 22/7 25/16
27/11 27/15 29/2 29/23
31/14 32/1 32/20 34/16
36/12 37/25 38/21
38/25
All right [4]  3/16 3/21
5/1 9/1
alleged [1]  6/24
allocutions [2]  4/16
8/23
allow [3]  14/16 22/3
34/9
allowed [2]  14/14 27/6
allows [1]  33/13
alluded [2]  21/21 29/8
already [1]  38/8
also [13]  5/22 11/14
11/24 12/9 16/16 25/9
28/3 29/16 32/3 32/10
35/13 35/21 37/8
alternatively [1]  7/8
although [2]  30/4 31/1
am [1]  14/21
AMERICA [4]  1/3 3/7
18/6 20/15
AMIT [2]  1/10 3/3
Amit P [1]  3/3
among [3]  30/8 33/6
34/9
amount [6]  19/11
32/21 35/5 35/18 35/25
36/2
another [3]  11/24
31/14 34/23
any [18]  6/8 6/25 8/22
10/7 22/8 24/6 26/5
28/1 28/16 31/8 34/25
35/8 35/9 35/21 36/7
36/22 37/15 38/1
anybody [2]  23/17
23/17
anymore [1]  25/7
anyone [3]  18/4 24/2
24/3
anything [5]  4/7 4/22
36/19 37/17 38/22
Anything either [1]
4/22
aol.com [1]  1/20
appeal [7]  36/20 37/1
37/2 37/4 37/5 37/6
37/9
appear [1]  12/10
APPEARANCES [2]
1/12 1/25
appears [5]  5/21 5/22
14/9
applicable [1]  8/1
applies [2]  7/5 7/6
apply [3]  6/11 7/7 35/6
appoint [1]  37/7
appointments [4]
14/19 15/8 15/23 34/11
appreciate [6]  16/6

24/13 25/11 27/3
27/10
approached [1]  31/18
appropriate [2]  7/19
36/12
approved [1]  36/13
Architect [1]  36/1
are [37]  3/6 3/17 7/14
7/20 8/5 8/9 8/12 8/15
8/22 9/11 13/23 15/18
16/3 16/15 20/4 20/6
20/9 21/22 22/9 22/10
22/13 23/4 23/15 27/13
27/13 27/16 27/20 29/2
29/11 33/15 33/22
34/13 34/15 34/19
35/17 36/21 37/3
Are there [1]  15/23
argued [2]  6/11 7/8
argument [1]  5/15
arises [1]  15/2
around [3]  19/25 24/11
30/25
arrest [1]  26/6
arrested [1]  31/22
as [46]
ask [9]  4/11 5/20 10/4
14/7 26/10 26/12 26/24
36/1 38/4
asked [5]  5/9 6/9 9/8
21/23
asking [4]  4/20 9/6
24/16 26/13
aspect [2]  9/22 17/7
assessment [1]  34/14
assistance [6]  5/4
12/23 13/9 14/5 37/9
37/15
associate's [1]  28/23
attempt [1]  13/24
attend [4]  14/16 15/23
25/9 30/17
attending [2]  14/19
15/4
attention [2]  31/12
36/19
attorney [1]  17/10
ATTORNEY'S [2]  1/13
35/10
Attorneys [1]  18/9
attributable [1]  6/15
attributed [1]  6/20
authorize [2]  35/8
36/14
authorized [1]  36/11
available [1]  28/3
Avenue [2]  2/5 36/6
avoid [1]  28/4
aware [3]  13/6 21/5
32/24
away [2]  21/7 24/9
awe [2]  23/20 23/23

B
back [8]  11/18 12/2
12/3 20/25 23/14 25/2
25/4 25/6
bad [3]  21/9 23/19

**B**

bad... [1] 24/10
balance [1] 35/21
Barrett [1] 2/5
Base [1] 8/1
based [6] 4/19 5/2 5/4
6/14 9/16 36/21
basic [1] 34/20
battled [1] 29/17
be [47]
because [25] 6/4 6/12
7/1 8/3 8/6 8/11 9/15
12/19 14/3 14/5 16/21
18/14 19/5 19/12 21/6
22/7 23/7 23/9 23/13
24/6 25/5 25/11 27/3
32/19 32/20
becomes [1] 38/18
been [21] 16/14 17/4
17/16 17/18 17/20
17/20 19/13 22/3 22/16
22/17 23/11 25/1 28/9
29/7 29/8 29/11 30/23
31/11 32/20 33/5 37/11
before [11] 1/10 4/16
6/7 8/23 9/6 11/4 14/4
20/14 21/12 26/13
33/17
begin [2] 9/2 28/5
behavior [1] 24/10
behind [2] 10/6 31/2
being [6] 5/25 10/16
10/25 15/23 18/17
38/16
beings [1] 11/20
belief [2] 20/15 32/25
beliefs [1] 33/9
believe [8] 10/19 13/11
13/18 13/22 14/1 15/11
28/15 37/20
believes [1] 7/19
below [1] 6/5
Bergen [1] 30/3
beseech [1] 22/2
best [2] 32/9 32/10
better [8] 11/19 19/6
19/6 19/7 19/7 19/7 20/12
21/10 23/17
between [2] 10/20
21/24
beyond [1] 9/5
big [2] 23/3 24/21
Black [1] 1/18
blanket [1] 18/2
bloody [1] 30/11
both [1] 3/17
bounds [1] 26/15
Boys [3] 17/1 17/23
18/3
BREHENY [44]
Breheny's [6] 7/22
19/10 26/4 28/11 29/10
38/8
Breite [12] 1/17 1/18
3/10 3/19 4/11 5/17 6/3
16/8 16/19 26/19 32/23
38/1
Breite's [1] 32/18

**C**

calculation [1] 8/21
call [2] 22/10 24/17
called [4] 9/9 10/6
16/23 22/23
came [7] 6/24 12/2
20/21 21/2 22/2 23/6
23/8
can [24] 5/18 6/20 10/4
13/14 14/7 14/23 14/25
17/21 19/16 24/13 25/6
25/13 25/14 26/11
26/17 26/24 26/11
30/19 32/25 35/10
35/11 38/9 38/10 38/19
can't [1] 25/7
candidly [2] 14/21 15/2
cannot [1] 37/5
capacities [2] 28/24
29/12
capacity [2] 28/16
30/18
Capitol [8] 9/18 10/5
16/23 17/3 23/20 30/24
31/11 36/1
Capitol Building [1]
9/18
care [3] 28/2 38/19
38/23
case [9] 3/7 6/14 14/2
18/10 18/14 24/6 27/13
33/16 36/18
cases [5] 14/4 16/23
17/3 17/13 18/1
Category [2] 7/24 8/19
Category I [2] 7/24
8/19
cause [2] 18/21 18/21
caused [1] 13/25
central [1] 11/16
certain [5] 13/10 13/22
14/21 14/23 15/9
certainly [10] 10/9
12/16 14/3 19/2 21/17
21/17 28/11 30/14
33/19 38/17
Certified [1] 2/4
certify [1] 40/2
certifying [1] 31/4
cetera [1] 15/24
CH [1] 2/5
challenge [1] 37/11
challenged [2] 22/24
23/5
challenges [2] 29/19
29/21
challenging [1] 13/7

chaos [1] 18/21
chapter [1] 30/2
character [4] 20/15
24/25 29/15 29/16
characteristics [2]
27/22 28/20
charged [1] 6/18
charges [1] 33/22
charitable [3] 22/18
38/14 38/15
charitably [1] 30/19
charity [2] 22/21 22/22
chat [3] 10/9 10/9
30/23
chats [1] 31/14
children [1] 28/21
Chinese [1] 30/12
circumstances [3]
17/15 23/23 27/21
citizen [1] 27/8
Civil [1] 30/11
Civil War [1] 30/11
clarification [1] 14/8
16/7 38/5
clarify [1] 37/19
clear [1] 31/14
Clerk [3] 35/23 36/5
36/8
clients [2] 17/24 18/1
climate [1] 30/14
close [2] 11/14 25/19
closing [1] 26/9
Code [1] 37/12
collection [1] 35/3
collectively [1] 19/23
College [1] 31/5
COLUMBIA [3] 1/1
1/14 35/25
combined [1] 8/18
come [6] 11/7 18/21
23/8 26/12 26/24 33/17
comes [2] 23/13 28/17
coming [1] 32/6
Commission [1] 7/19
commitment [1] 24/25
committed [3] 12/16
26/7 26/8
committing [1] 34/22
communicate [2]
19/15 20/2
communicated [2]
10/25 13/1
communication [1]
11/2
communications [5]
7/2 7/3 13/11 19/13
21/13
communist [1] 30/12
community [12] 13/23
26/17 27/7 27/8 29/11
29/11 34/12 35/14
35/15 38/6 38/9 38/16
company [1] 29/4
compare [1] 24/14
compliant [2] 16/3
16/5
computer [1] 2/8

change [2] 36/7 36/9
computer-aided [1]
2/8
concluded [2] 32/15
39/3
condition [1] 6/8
conditions [7] 22/18
34/16 34/17 34/19
34/22 35/6 36/21
conduct [15] 6/14 6/15
6/21 6/25 7/4 10/4 14/3
28/18 31/5 31/20 32/4
32/13 33/10 33/23
34/20
confined [2] 14/12
16/1
confinement [7] 13/21
14/11 14/25 15/3 15/17
15/25 21/25
confirm [2] 4/12 38/13
Congress [1] 31/4
connection [2] 6/13
37/10
consider [6] 6/10
15/16 24/13 27/15
27/20 28/3
considered [1] 16/3
consistent [3] 5/8
13/21 32/2
conspiracies [2] 13/8
13/17
conspiracy [7] 6/18
9/17 10/1 12/20 12/24
13/14 21/11
conspiratorial [1]
11/12 32/13
constitute [1] 38/9
Constitution [2] 2/5
36/6
construction [1] 28/25
contemplated [1] 15/9
contemplates [1] 15/3
content [1] 25/3
continue [8] 11/10
14/16 22/3 24/18 25/22
26/6 26/18 38/9
continued [3] 2/1
19/18 22/18
contribute [1] 33/24
contributed [1] 30/14
contributions [2]
29/10 31/25
contrition [3] 21/2 21/6
32/3
controlled [3] 34/24
34/25
conveyed [1] 10/16
conviction [4] 7/25
31/6 36/21 37/11
cooperate [3] 31/23
32/11 35/3
cooperation [3] 4/19
13/13 31/24
coordination [2] 10/10
10/20 13/10
coordinator [1] 30/3
correct [2] 23/23 40/3
cost [2] 37/3 37/5
costs [1] 35/21

cold [6] 4/11 19/15
20/3 24/18 25/9 32/16
counsel [2] 3/13 29/8
31/18 37/6 37/9 37/15
counter [3] 7/9 7/16
7/18
country [6] 19/14
19/25 20/15 32/11
33/13 34/2
county [2] 30/3 30/3
couple [3] 4/17 24/1
30/5
course [1] 6/6
court [37] 1/1 2/3 2/4
7/9 9/6 9/8 9/14 10/14
13/4 13/6 13/7 14/5
14/13 14/23 16/12
16/14 23/11 26/25 33/1
34/4 34/11 34/12 34/14
35/18 35/21 35/24
35/24 36/4 36/5 36/6
36/8 37/2 37/4 37/7
37/16 38/7 39/2
courtroom [2] 3/12
25/15
courts [3] 13/7 13/12
33/1
CR [1] 1/4
created [1] 18/3
credible [2] 6/12 6/25
credit [1] 33/18
crime [2] 25/16 34/23
criminal [11] 3/7 7/22
7/23 7/23 8/18 10/1
13/8 13/14 17/8 17/10
33/3
crisis [1] 19/14
critical [1] 13/14
Cross [1] 20/10
CRR [2] 40/2 40/8
Crystal [2] 2/2 3/11
Crystal Lustig [2] 2/2
3/11
culpable [1] 14/3
curfew [4] 15/21 26/10
26/13 26/14
curious [2] 12/7 21/24
currents [1] 17/8

**D**

D.C [6] 1/5 1/15 2/6
10/9 18/21 36/7
D.C. [1] 30/22
D.C. Op Jan. 6, '21 [1]
30/22
dare [1] 33/15
Date [1] 40/7
day [20] 6/21 7/15 9/19
10/11 11/1 12/18 16/1
18/20 23/22 24/7 24/24
28/10 28/12 30/16
31/21 32/18 32/21 33/7
33/11 33/23
day's [1] 32/3
days [4] 30/15 32/8
36/7 37/2
deal [5] 24/22 25/13
29/15 30/14 33/18

**D**

December [1]  30/8
decency [1]  26/16
decision [5]  12/20
12/20 18/16 23/20 32/9
decision-making [1]
18/16
declined [1]  30/20
dedicated [1]  19/10
defendant [7]  1/7 1/17
3/12 14/9 27/22 28/1
28/20
defendant's [1]  4/3
defendants [1]  14/4
defense [2]  3/10 17/10
deficiencies [1]  16/14
define [1]  33/7
degree [3]  28/22 28/23
32/12
delete [2]  31/14 31/16
deleted [2]  8/6 31/17
demarcations [1]
18/25
demonstrated [1]
33/21
departure [4]  4/19 4/20
5/3 8/15
deserve [1]  33/18
desperate [1]  19/24
despite [1]  14/2
destroying [1]  8/8
details [1]  34/8
detention [8]  14/15
15/16 15/22 21/23
21/25 24/18 34/7 35/22
deter [2]  28/15
determines [1]  35/18
deterrence [4]  7/11
9/23 27/25 28/17
did [26]  6/3 7/3 8/4
9/16 9/20 11/7 11/8
11/10 11/12 11/25
12/10 12/24 13/2 13/16
18/10 19/25 21/5 21/10
21/19 27/3 31/1 31/7
31/10 31/16 31/22
31/23
didn't [12]  18/21 20/10
20/17 20/22 20/22
20/22 21/1 21/1 21/1
21/7 24/2 24/2
difference [1]  21/24
different [15]  9/7 9/7
9/12 9/25 16/4 17/3
17/4 17/13 17/14 17/14
17/15 17/21 18/1 18/2
21/25
differently [1]  12/19
diminish [2]  24/7
25/14
direct [1]  11/1
directed [1]  35/4
direction [1]  11/18
directional [1]  11/19
disasters [1]  29/14
disbursed [1]  35/25
discovered [1]  37/15
discretionary [1]  34/17
discussed [1]  26/13

**disparities [1]**  28/4
displayed [1]  21/3
disrupt [1]  9/21
district [9]  1/1 1/1 1/10
1/14 35/24 35/25 36/6
36/13 36/18
districts [1]  21/25
divorced [1]  29/8
DJ [1]  23/2
DNA [1]  35/3
do [34]  7/5 7/12 10/7
10/19 10/24 11/7 12/15
13/11 13/18 13/22 14/1
14/15 14/18 15/2 15/11
15/13 15/15 19/20 20/12
20/22 20/22 21/1 21/9
22/18 22/23 25/13 27/6
28/14 30/20 32/19
33/12 33/18 34/12
36/20
do you have [2]  10/7
15/15
do you know [1]  11/7
Do you mean that [1]
14/15
docketed [1]  4/5
document [1]  35/15
does [9]  6/11 7/6 9/4
15/5 15/10 16/19 33/12
38/15 38/18
doesn't [4]  23/16 23/17
25/24 26/1
doing [4]  23/15 33/5
34/1 34/2
don't [24]  6/13 7/5 7/12
7/17 12/1 15/7 19/4
19/4 20/13 21/15 22/14
23/7 23/12 24/4 24/6
24/21 24/24 25/21
25/21 25/24 26/11
26/11 26/15 35/19
done [5]  24/15 27/4
29/2 29/22 33/2
door [1]  28/25
doors [3]  11/15 30/24
30/25
down [2]  23/15 24/2
drug [1]  35/1
dues [1]  30/5

**E**

each [1]  16/4
east [5]  10/5 11/15
11/17 30/24 30/24
easy [2]  22/6 22/6
educational [1]  28/2
educational/vocational
[1]  28/2
effect [1]  6/8
effectively [1]  13/16
effort [1]  33/8
efforts [1]  33/6
either [6]  4/22 5/12
8/22 11/11 13/9 37/9
Electoral [1]  31/5
elevate [3]  18/10 19/23
33/2

**eligible [1]**  5/9
else [2]  4/7 38/22
Email [2]  1/16 1/20
embarrassing [1]
25/17
emergencies [2]  20/2
29/14
emergency [2]  16/2
29/12
emphasizes [1]  31/24
employ [1]  25/1
employed [2]  15/6 22/4
employers [1]  22/13
employment [2]  28/23
29/1
encourage [1]  13/13
end [2]  8/17 25/4
endeavoring [1]  15/13
ended [2]  10/5 30/24
enforcement [7]  8/9
12/23 14/6 20/21 20/25
31/12 31/19
engaged [2]  6/24 32/13
ensure [2]  7/11 32/12
entails [1]  6/22
enter [2]  31/1 31/23
entered [4]  10/21 11/3
31/3 37/12
enters [1]  37/2
entire [4]  16/12 18/17
19/22 22/4
entirely [1]  24/9
envisions [1]  14/22
especially [3]  18/14
24/5 26/3
essentially [1]  6/8
establish [1]  34/20
esteem [3]  25/13 25/14
25/21
et [1]  15/24
even [6]  12/13 18/24
22/17 23/21 25/6 25/7
event [2]  6/8 36/19
events [9]  7/14 8/7
28/10 30/15 30/17
31/19 32/3 32/21 33/23
every [4]  22/23 23/1
23/3 24/24
everyone [2]  3/4 11/6
everyone's [1]  15/6
everything [1]  29/3
evidence [4]  8/6 8/9
9/16 37/16
evinces [1]  21/5
eviscerate [1]  25/20
exact [1]  18/19
except [1]  14/13
exception [2]  7/5 7/13
exceptions [1]  37/14
excess [1]  36/24
excuse [4]  6/17 29/7
36/15 36/23
exhibit [1]  4/2
exit [1]  11/17
exited [2]  11/15 11/20
expectations [1]  34/20
experiences [2]  17/18
17/22

**expertise [2]**  1/14
expressed [2]  15/10
32/3
expressly [1]  5/9
extent [1]  37/13
extremely [1]  32/16

**F**

face [1]  33/22
Facebook [2]  8/7 31/17
fact [2]  20/19 22/20
25/1 38/13
factors [3]  9/24 27/16
27/20
facts [1]  12/7
factual [1]  6/22
factually [1]  12/19
failed [1]  30/9
fair [3]  26/12 32/20
33/13
fairly [1]  17/24 32/10
faith [2]  25/22 26/18
fall [1]  32/25
family [1]  25/19
far [3]  6/21 10/6 14/3
February [1]  1/5
federal [3]  25/15 25/16
34/23
felony [2]  12/16 31/6
fight [1]  30/10
figured [1]  21/8
figuring [1]  13/15
file [3]  37/1 37/17 37/4
finality [1]  19/5
financial [5]  35/8 35/9
35/9 36/4 36/9
fine [5]  5/18 8/20 27/13
first [11]  3/24 4/18 9/11
11/4 11/5 16/11 16/18
23/6 31/3 33/16 34/6
five [4]  6/23 19/22
19/23 28/21
flood [1]  19/15
followed [1]  32/22
following [2]  34/16
35/6
follows [2]  34/4 38/12
food [1]  19/16
footage [1]  12/9
footnotes [1]  5/23
Force [1]  29/5
foregoing [1]  40/3
forgive [2]  18/24 29/17
form [1]  24/6
former [1]  33/16
forms [2]  15/19 16/4
forth [4]  21/2 27/16
27/18 36/22
forthright [1]  31/20
forward [2]  18/13
33/14
four [4]  4/6 19/21
19/21 20/4
Fourth [1]  1/14
framed [1]  6/3
frankly [2]  34/2 38/17
friend [2]  31/13 31/14
front [1]  11/15

**full [1]**  36/10
fully [1]  35/12
further [1]  5/13
future [1]  7/11

**G**

gainfully [1]  22/3
gathered [1]  11/13
gathering [1]  11/1
gave [1]  11/9
general [3]  10/18 10/23
28/17
generally [1]  33/2
get [9]  4/16 19/16
20/13 22/6 22/6 25/2
25/7 26/1 31/15
girlfriend [2]  24/20
24/21
given [2]  7/14 35/1
go [6]  3/22 11/25 20/17
24/2 25/2 33/9
God [2]  25/23 26/18
going [6]  6/22 12/17
21/4 21/8 22/11 25/23
26/23 27/2
good [8]  3/4 3/13 3/14
16/9 16/10 23/19 27/8
30/19
good morning [3]  3/14
16/9 16/10
got [3]  20/11 25/18
25/18
gotten [1]  26/5
government [29]  1/13
3/9 4/3 4/8 4/23 5/11
5/14 6/11 6/16 7/8 9/4
9/8 13/3 13/12 15/5
15/10 16/18 17/19
17/25 18/8 21/14 21/21
21/23 25/11 25/24 30/1
31/24 32/14 33/1
government's [9]  4/1
4/18 4/20 5/2 5/5 9/13
9/15 13/20 14/8
gracious [1]  16/15
grant [1]  5/3
grave [1]  9/21
great [4]  25/12 29/15
30/14 33/18
greater [1]  27/17
group [9]  9/9 10/19
11/4 11/5 11/22 11/23
30/4 30/21 30/23
group's [1]  10/17
groups [2]  10/20 11/12
grow [1]  25/22
guess [2]  23/9 30/2
guideline [3]  8/1 11/19
16/5
Guidelines [17]  4/17
6/7 7/13 7/20 8/19 8/21
13/21 14/22 14/22
14/23 15/2 15/12 15/16
27/12 27/15 36/23
36/25
Guidelines Range [2]
8/19 36/25
Guidelines sentence
[1]  15/12

**G**

**guilty [2]** 25/16 31/23
**guy [2]** 17/6 22/11

**H**

**had [20]** 4/12 6/6 7/21
8/7 10/10 10/18 17/2
20/13 21/12 21/15 23/9
25/4 25/4 28/23 29/19
30/7 31/11 32/12 32/13
32/14
**half [1]** 23/12
**hallway [1]** 24/2
**handle [1]** 4/17
**hands [1]** 10/21
**happen [3]** 21/2 27/8
33/25
**happened [9]** 17/11
19/5 21/13 21/15 24/7
26/4 27/6 33/7 33/7
**happenstance [1]** 11/6
**happy [5]** 5/12 18/7
**Harley [5]** 1/17 1/18
3/10 16/19 27/3
**Harley's [1]** 22/23
**harleydbreite [1]** 1/20
**harm [1]** 24/2
**has [33]** 4/12 4/14 5/10
6/9 6/11 7/8 7/22 8/11
9/8 9/14 10/24 13/19
17/20 17/20 19/13
21/17 21/18 21/23 22/7
24/20 25/12 25/14
25/22 27/4 28/9 28/22
28/23 29/7 29/8 29/11
32/2 32/20 33/7
**hasn't [3]** 5/9 22/16
26/5
**have [47]**
**having [1]** 25/15
**he [136]**
**he didn't [5]** 20/10
20/22 21/7 24/2 24/2
**He had [1]** 21/12
**he said [2]** 20/12 21/7
**he'll [1]** 28/16
**he's [33]** 5/10 7/23
14/17 19/5 19/13 20/10
22/3 22/12 22/12 22/16
22/17 22/18 22/18
23/11 23/15 23/16
23/17 23/19 25/1 25/2
25/2 25/3 25/7 25/15
25/18 25/18 25/19 26/5
26/7 26/8 29/3 29/17
38/16
**He's led [1]** 26/5
**healing [1]** 33/25
**hear [3]** 5/12 16/8
26/25
**heard [1]** 5/13
**help [4]** 20/3 20/6 20/7
29/14
**helped [1]** 20/1
**helping [5]** 19/11
19/14 20/7 20/10 26/8
29/20
**here [10]** 3/16 15/12

18/15 22/2 25/15 25/17
36/6
**hesitant [1]** 22/13
**hey [1]** 22/11
**high [1]** 28/22
**him [28]** 6/15 6/20
12/15 12/19 14/16
14/18 15/23 18/15
18/15 19/4 19/12 20/21
23/10 23/14 23/18
24/16 24/17 25/5 25/6
25/21 25/21 25/23
26/10 26/17 28/15
31/13 31/14 31/16
**himself [2]** 24/1 24/19
**his [47]**
**historical [2]** 17/7
17/12
**history [7]** 7/22 7/23
7/23 8/18 27/21 28/19
29/2
**hold [1]** 33/10
**holding [1]** 13/16
**home [19]** 13/21 14/11
14/12 14/15 14/25 15/3
15/16 15/17 15/22
15/25 16/1 21/23 21/24
21/25 24/17 34/7 34/10
35/22 36/18
**honed [1]** 19/18
**honest [2]** 18/1 31/19
**honesty [1]** 17/19
**Honor [27]** 3/18 4/8 4/9
4/14 4/24 4/25 5/14
8/24 8/25 9/3 15/18
16/9 16/11 16/14 16/16
20/4 20/5 22/2 22/20
24/13 24/16 25/25
26/16 26/22 27/1 37/18
38/24
**Honor's [2]** 21/5 21/16
**HONORABLE [3]** 1/10
3/2 39/2
**hope [1]** 19/3
**hours [7]** 16/1 25/7
34/12 35/13 35/16 38/6
38/11
**how [6]** 10/5 11/7
15/15 19/1 19/9 20/1
**How is [1]** 10/5
**however [1]** 34/25
**human [1]** 11/20
**hurricane [1]** 19/15
**hurricanes [1]** 19/25
**hurt [1]** 24/3

**I**

**I believe [1]** 37/20
**I can [2]** 17/21 26/11
**I can't [1]** 25/7
**I did [1]** 6/3
**I didn't [3]** 20/22 20/22
21/1
**I don't [10]** 7/5 7/12
7/17 20/13 21/15 23/12
24/4 26/11 26/11 26/15
**I don't have [1]** 24/21

**I guess [2]** 23/9 30/2
**I have [4]** 3/22 4/5
22/25 31/13
**I hope [1]** 19/3
**I just [6]** 12/7 18/11
27/5 37/18 38/4 38/6
**I mean [5]** 22/22 23/21
24/21 26/10 32/5
**I rely on [1]** 38/13
**I should [2]** 4/7 8/14
**I think [24]** 4/6 5/8 5/22
5/25 6/5 6/5 10/23 13/6
14/25 15/5 15/22 20/4
24/5 29/16 30/14 30/18
30/19 32/1 32/10 32/19
33/4 33/5 33/20 34/2
**I understand [3]** 6/21
14/12 30/4
**I want [2]** 16/16 25/25
**I was [4]** 18/7 21/24
23/9 29/1
**I will [8]** 5/3 6/10 34/11
35/1 35/5 36/1 36/14
38/12
**I'd [4]** 16/11 19/21
26/10 38/18
**I'll [2]** 16/8 36/18
**I'm [23]** 4/4 5/12 7/12
10/3 15/9 17/6 17/6
21/4 21/7 21/8 21/9
22/5 24/16 25/23 26/13
26/22 26/23 26/23 27/2
27/2 27/5 27/6 38/5
**I'm going [1]** 21/8
**I'm just [2]** 15/9 17/6
**I'm not [6]** 4/4 7/12
21/4 26/13 27/2 27/2
**I'm sorry [4]** 10/3
26/23 27/5 38/5
**I've [4]** 16/24 17/2
22/21 29/24
**identified [1]** 30/1
**illegitimate [2]** 30/12
30/13
**illuminating [1]** 17/5
**immediate [1]** 20/20
**immediately [2]** 31/22
36/5
**impact [1]** 28/10
**important [6]** 13/24
15/11 16/21 18/5 32/19
33/25
**importantly [7]** 17/25
18/18 19/7 29/5 33/13
33/20 34/10
**impose [4]** 9/8 14/23
15/11 27/17
**imposed [5]** 27/23 28/6
34/13 34/19 37/12
**impress [1]** 20/13
**impressive [1]** 29/11
**improve [1]** 19/23
**inaccurate [1]** 11/9
**incarceration [1]** 14/1
**inclined [1]** 7/12
**include [2]** 34/12 34/22
**includes [1]** 36/22

**including [1]** 36/13
**incorrectly [1]** 10/15
**incredibly [1]** 29/21
**indicating [1]** 31/10
**indication [1]** 35/2
**individual [3]** 11/24
12/3 17/22
**individually [1]** 28/15
**individuals [4]** 9/25
11/11 13/9 33/12
**individuals' [1]** 10/13
**ineffective [2]** 37/9
37/15
**infer [1]** 25/25
**information [7]** 10/16
11/12 12/1 13/2 35/8
35/9 35/10
**informative [1]** 17/5
**informs [1]** 13/20
**inside [6]** 9/18 12/13
12/17 31/7 31/8 31/11
**installation [1]** 28/25
**instances [1]** 18/7
**integrity [1]** 33/3
**intent [8]** 13/11 18/22
18/23 18/24 18/25
18/25 24/10 31/6
**intention [1]** 8/8
**intents [1]** 17/15
**interest [5]** 15/6 32/9
32/10 35/19 35/20
**interesting [1]** 20/19
**interfere [2]** 9/18 10/2
**interfered [1]** 8/3
**Internet [1]** 22/7
**interrupt [2]** 10/3 12/18
**investigate [1]** 13/8
**Investigation [4]** 3/24
4/13 34/19 36/12
**investigations [1]**
13/14
**invited [1]** 30/17
**involve [1]** 38/15
**involved [5]** 6/22 7/14
22/15 30/4 38/8
**involving [1]** 7/2
**is [69]**
**Is there [1]** 4/7
**issue [1]** 38/19
**issues [1]** 7/20
**it [64]**
**it would be [1]** 26/11
**it's [22]** 12/8 15/5
15/11 16/21 17/4 17/8
17/9 17/12 17/16 18/5
18/25 20/11 22/5 22/6
22/22 22/22 22/23 24/5
24/21 25/17 28/14
32/19
**its [4]** 5/15 6/16 6/17
9/5
**itself [1]** 20/16

**J**

**jack [1]** 29/2
**jack-of-all-trades [1]**
29/2

**JAMES [3]** 1/6 3/8
18/19
**James Breheny [1]** 3/8
**Jan [1]** 10/9
**Jan. [1]** 30/22
**January [15]** 7/2 7/4
7/11 7/13 8/8 13/2 19/5
20/14 20/17 26/4 28/10
30/6 30/15 30/18 30/21
**January 6th [15]** 7/2
7/4 7/11 7/13 8/8 13/2
19/5 20/14 20/17 26/4
28/10 30/6 30/15 30/18
30/21
**Jersey [7]** 11/25 17/6
19/22 22/5 28/22 29/4
30/2
**job [9]** 22/6 22/6 22/14
25/4 25/3 25/4 25/4
25/5 27/3
**jobs [1]** 25/8
**join [2]** 12/20 12/24
**joined [3]** 9/25 19/20
30/1
**joining [2]** 9/17 12/17
**judge [10]** 1/10 5/20
18/24 19/4 19/9 20/13
21/11 26/2 26/9 38/3
**judged [1]** 26/2
**judgment [2]** 30/20
37/3
**jurisdiction [2]** 36/14
36/16
**jury [1]** 32/15
**just [32]** 3/22 4/11 4/17
6/13 10/4 11/6 12/2
12/7 14/7 15/9 17/6
18/11 20/10 21/7 22/22
23/21 25/3 26/23 27/5
27/12 27/24 28/5 28/5
28/7 29/3 29/19 32/18
33/1 33/13 37/18 38/4
38/6
**justice [5]** 8/4 17/8
32/16 33/3 33/10

**K**

**Kathryn [2]** 1/13 3/9
**Kathryn Rakoczy [1]**
3/9
**kathryn.rakoczy [1]**
1/16
**keep [1]** 22/14
**Keepers [22]** 6/20 7/2
9/10 9/14 10/11 10/25
11/23 12/5 12/11 12/25
17/2 17/23 18/3 19/12
19/20 21/12 30/2 30/5
30/21 31/3 31/8 33/17
**kept [1]** 22/16
**Kids [1]** 22/23
**kind [3]** 20/11 24/21
28/18
**kinds [1]** 28/3
**knew [1]** 32/11
**knock [1]** 25/13
**know [23]** 11/7 11/18
12/9 14/13 15/2 16/22

**K**

know... [17] 17/10 17/17 18/6 19/4 19/9 19/10 21/23 23/12 23/19 27/7 27/7 29/10 29/23 32/20 32/23 38/7 38/19
knows [2] 16/18 24/22

**L**

lack [1] 11/19
lady [1] 24/22
large [1] 11/22
largely [1] 5/4
last [2] 22/21 23/11
later [3] 20/21 20/24 31/16
law [14] 1/18 8/9 12/23 14/6 18/17 18/23 20/21 20/25 26/5 26/7 27/24 28/7 31/12 31/18
law-abiding [2] 26/5 26/7
lead [2] 13/16 26/7
leader [1] 12/25
leading [1] 32/8
learned [2] 12/1 19/18
least [1] 15/21
leave [1] 14/13
led [3] 19/12 26/5 30/15
left [5] 11/4 11/21 12/4 21/12 25/23
legal [2] 22/22 23/23
Leigh [1] 1/13
leniency [1] 26/16
less [1] 14/3
let [9] 3/22 21/8 21/10 25/21 25/21 27/12 28/5 28/19 38/19
let's [2] 4/17 20/24
letter [1] 30/7
letters [3] 4/6 20/4 20/9
level [10] 4/20 5/3 6/6 7/6 8/1 8/10 8/17 9/22 13/13 31/6
levels [9] 7/9 8/5 8/9 8/12 8/13 8/15 15/20 17/4 21/22
life [10] 18/17 19/3 19/11 26/5 26/7 26/7 26/8 28/24 29/18 29/22
lifetime [1] 20/14
like [17] 5/24 13/23 16/11 19/21 20/20 22/9 22/11 23/2 23/8 23/18 24/4 24/22 26/21 27/5 32/18 38/2 38/7
limit [1] 25/20
line [2] 10/7 31/3
listening [1] 22/10
literally [1] 14/12
little [1] 21/24
live [1] 23/2
lives [2] 19/24 24/20
local [1] 34/23
location [5] 10/17

locations [1] 10/14
long [2] 29/9 33/5
long-term [1] 29/9
look [11] 17/6 18/1 18/14 18/17 18/23 21/7 21/16 24/2 25/18 25/18 33/12
looked [1] 24/11
looking [2] 25/8 29/1
loss [1] 13/25
lost [1] 33/6
lot [4] 7/16 11/20 12/9 16/19
love [2] 26/10 26/13
Lustig [5] 2/2 3/11 3/15 15/15 37/17

**M**

made [7] 5/5 6/9 6/19 6/25 23/19 32/24 35/23
main [2] 9/11 30/21
maintained [1] 21/14
make [9] 13/24 13/24 16/16 21/10 23/4 26/21 35/4 35/17 36/2
makes [1] 29/23
making [2] 18/16 32/8
mal [1] 24/10
man [2] 25/10 26/2
managed [1] 11/5
mandate [1] 20/12
mandatory [2] 34/16 34/22
many [3] 29/12 29/24 29/24
March [1] 40/7
married [2] 29/7 29/7
matter [2] 36/15 40/4
mattered [1] 18/19
matters [5] 4/17 8/22 14/17 18/23 18/24
maximum [1] 36/24
may [9] 10/14 22/15 24/15 24/15 28/5 30/23 35/20 37/4 37/6
me [21] 3/22 4/12 6/17 17/5 17/9 17/16 18/11 18/13 21/9 21/10 26/12 27/12 28/5 28/19 29/7 29/17 33/17 36/15 36/24 38/15 38/19
mean [9] 14/12 14/15 21/1 22/22 23/21 24/6 24/21 26/10 32/5
meaningful [1] 32/4
means [1] 36/16
meant [1] 37/22
mechanic [1] 29/14
mechanical [1] 2/8
medical [5] 14/19 15/7 15/23 28/2 34/10
meet [4] 11/5 12/3 12/10 31/8
MEHTA [2] 1/10 3/3
member [4] 17/1 17/2 17/22 17/23
members [6] 9/9 9/13

memo [1] 6/17
memorandum [5] 4/1 4/4 5/6 12/23 13/4
mentally [1] 22/24
mentioned [1] 4/7
Merit [1] 2/3
message [2] 33/6 34/1
messages [2] 31/10 31/15
met [4] 17/18 20/25 23/6 31/9
microphone [1] 26/25
might [2] 24/8 38/7
military [1] 19/17
minutes [6] 6/23 24/1 24/11 31/1 37/1
mischaracterization [1] 32/21
mob [1] 12/17
moment [5] 19/2 24/9 26/3 26/3 35/5
monitoring [4] 15/19 16/4 21/22 35/22
monogamous [1] 24/23
month [1] 36/3
months [6] 8/20 23/1 23/3 27/13 34/6 37/20
morality [1] 26/16
more [5] 19/6 25/6 29/23 32/4 32/12
morning [7] 3/13 3/14 3/16 10/12 10/12 16/9 16/10
mosaic [1] 18/2
most [5] 5/25 15/25 16/14 17/25 18/18
motion [2] 4/18 6/17
move [1] 33/14
Moving [1] 18/13
Mr. [62]
Mr. Breheny [40] 3/14 4/12 5/8 5/21 5/25 6/12 6/17 8/3 9/7 9/12 9/16 10/20 12/12 12/22 13/19 14/3 15/6 18/15 19/2 19/4 20/7 22/3 23/6 26/21 26/23 27/11 28/21 29/1 29/17 29/22 29/25 32/7 33/15 34/5 36/2 36/15 36/17 36/20 38/22
Mr. Breheny's [6] 7/22 19/10 26/4 28/11 29/10 38/8
Mr. Breite [8] 3/19 4/11 5/17 6/3 16/8 26/19 32/23 38/1
Mr. Breite's [1] 32/18
Mr. Rhodes [6] 10/10 10/14 11/8 12/5 30/13 30/17
Mr. Rhodes' [1] 30/7
Ms. [6] 3/15 9/2 10/3 14/7 15/15 37/17
Ms. Lustig [3] 3/15

Ms. Rakoczy [3] 9/2 10/3 14/7
much [6] 9/4 10/6 20/5 27/3 28/9 38/20
must [7] 27/15 27/20 34/23 34/24 35/3 35/4 37/1
my [10] 16/13 16/22 17/18 17/21 17/24 18/1 18/7 22/10 27/6 36/19
myself [1] 16/13

**N**

name [1] 22/7
namely [1] 8/20
natural [1] 29/14
nature [4] 7/10 21/20 24/7 27/20
necessarily [1] 11/11
necessary [3] 14/2 27/18 28/14
need [9] 17/17 19/16 19/24 21/15 27/22 28/3 28/5 28/17 37/17
needed [1] 28/1
needs [2] 33/25 36/19
nefarious [1] 22/15
negative [1] 33/20
never [4] 17/11 22/17 27/6 27/8
new [8] 11/25 17/6 19/22 22/5 28/22 29/4 30/2 31/15
New Jersey [7] 11/25 17/6 19/22 22/5 28/22 29/4 30/2
newly [1] 37/15
news [1] 22/12
newspaper [1] 25/17
next [1] 16/8
NJ [1] 1/19
no [15] 1/4 4/9 4/25 5/14 5/24 6/24 7/22 8/24 8/25 20/25 21/1 26/2 28/15 35/2 38/3
nobody [1] 17/7
non [1] 5/23
non-violent [1] 5/23
none [1] 6/18
nonetheless [1] 6/8
north [2] 11/16 11/16
Northwest [1] 36/7
not [63]
notably [1] 7/1
note [2] 20/19 35/5
noted [2] 5/10 13/7
nothing [6] 4/23 17/18 18/10 22/20 25/23 33/2
notice [1] 37/2
notify [1] 36/8
noting [1] 12/8
now [7] 6/6 21/9 22/24 25/5 25/6 29/8 38/9
number [1] 7/14
nurture [1] 25/22
NW [2] 1/14 2/5

**O**

Oak [1] 1/18
Oath [22] 6/20 7/2 9/10 9/14 10/11 10/25 11/22 12/5 12/11 12/25 17/2 17/23 18/3 19/12 19/20 21/12 30/2 30/5 30/21 31/3 31/8 33/17
objections [1] 38/1
objectives [1] 27/18
obligation [2] 36/4 36/9
obligations [3] 14/13 34/11 34/12
observation [1] 33/4
obstruct [1] 31/4
obviously [5] 17/11 26/6 28/13 31/5 32/2
occurred [1] 18/20
offend [1] 28/16
offender [1] 8/13
offenders [1] 5/24
offense [13] 6/6 6/13 8/1 8/10 8/17 9/21 12/17 13/20 27/21 27/23 27/25 28/7 28/12
offer [2] 31/22 31/23
offered [1] 25/6
office [1] 1/13 1/18 18/11 22/10 30/10 34/17 35/4 35/7 35/10 35/14 36/11
Office's [1] 3/25
officer [3] 2/2 23/10 36/17
Official [1] 2/4
okay [15] 3/13 3/21 4/10 4/15 5/16 6/2 7/20 8/21 12/6 16/6 16/8 24/17 27/12 37/24 38/19
old [1] 28/21
once [3] 20/24 22/17 29/7
one [10] 6/20 11/14 11/16 11/16 23/18 24/21 25/3 28/21 37/7 38/4
only [6] 17/21 20/16 30/19 31/7 31/9 32/7
Op [2] 10/9 30/22
open [1] 30/7
operations [1] 29/13
opportunity [1] 4/13
oppose [4] 14/18 15/5 38/7 38/8
opposes [1] 5/11
opposing [1] 25/11
opposite [1] 18/19
opposition [1] 15/7
options [1] 34/18
order [2] 9/20 12/18
ordered [3] 34/13 35/13 35/17
organizations [1] 29/13
organized [1] 10/10
originally [1] 19/12

**O**

other [21]  6/19 8/22 9/9 9/13 9/23 12/5 12/10 13/7 14/17 19/21 20/1 20/7 20/8 24/8 24/14 28/16 30/8 30/13 31/8 34/9 34/11
others [6]  19/11 20/16 26/8 30/25 32/12 33/21
otherwise [1]  14/14
ought [3]  16/21 28/13 34/2
our [5]  10/8 12/23 13/4 26/25 33/3
out [11]  6/16 6/24 11/18 12/2 13/15 18/12 24/1 24/12 29/4 31/18 34/9
outlined [2]  12/23 13/3
outside [1]  30/24
over [5]  19/3 19/14 22/7 25/16 36/18
overcome [1]  29/21

**P**

p.m [1]  30/25
paid [2]  35/12 36/9 38/16
paints [1]  32/1 33/11
paper [1]  22/12
papers [2]  5/15 9/5
part [14]  7/3 11/11 13/22 17/7 17/9 17/11 17/13 17/19 18/22 21/11 30/23 31/4 34/18 35/16
participant [1]  16/25
participate [1]  13/16
participated [1]  13/9
participating [1]  13/19
participation [1]  28/12
particularly [3]  13/13 29/12 33/21
parties [2]  23/8 23/11
parties' [1]  4/21
party [3]  23/1 23/3 23/4
passed [3]  11/17 11/21 11/23
past [1]  19/9
pay [3]  21/8 34/13 35/19
payable [1]  36/5
paying [1]  30/5
payment [1]  35/23
payments [1]  36/2
penalties [1]  36/24
penalty [1]  35/20
people [39]  5/24 7/14 7/16 11/22 16/22 17/14 18/6 18/6 18/24 18/24 19/4 19/14 19/16 19/24 20/1 20/1 20/6 20/7 20/8 20/9 20/10 20/20 22/9 22/10 22/10 22/24 23/4 23/14 23/15 23/16 24/8 24/14 29/14 29/20 30/4 30/10 33/8 33/9 33/12

perhaps [1]  30/18
period [2]  13/21 14/24
permission [2]  23/22 37/4
permit [1]  6/4
permits [1]  15/3
permitted [2]  14/13 37/13
persecute [1]  33/8
persecution [1]  17/20
person [4]  12/4 16/24 19/1 23/19
perspective [2]  9/13 9/16
perspectives [1]  18/2
phone [2]  31/15 31/16
photo [1]  24/12
photographer [1]  23/3
photos [2]  23/10 31/16
physically [1]  22/24
picture [3]  23/25 25/16 32/1
pictures [3]  11/9 11/10 31/15
pizza [1]  23/15
pizzas [1]  23/2
Plaintiff [1]  1/4
planning [1]  13/10
platitude [1]  24/5
plaza [1]  11/6
plea [6]  5/9 6/4 32/6 36/22 37/10 37/14
plea agreement [1]  5/9 6/4 36/22
plead [1]  31/23
please [3]  3/4 4/11 26/17
pled [1]  25/15
podium [1]  26/24
point [8]  5/7 5/20 7/16 7/17 7/17 8/13 22/8 30/3
points [3]  6/16 7/23 31/18
political [1]  32/25
politically [1]  33/8
poor [1]  18/16
portions [1]  13/4
position [3]  9/25 12/25 21/10
possess [1]  34/24
post [2]  11/8 11/10
posted [1]  30/8
posture [1]  33/17
potential [1]  7/4
powerful [1]  34/1
practice [1]  26/18
praying [1]  31/15
preliminary [1]  8/22
present [2]  3/12 17/14
Presentence [4]  3/24 4/13 34/18 36/12
presently [1]  29/3
President [2]  30/9 30/9
presiding [1]  3/3
pretrial [1]  22/17
pretty [2]  11/14 12/4

Pretty man [1]
price [1]  21/8
primarily [1]  9/15
prior [3]  7/2 7/4 30/6
priors [1]  5/24
privilege [5]  17/2 17/8 17/9 17/12 17/16
privy [1]  13/10
probably [1]  24/12
probation [17]  2/2 3/11 3/25 5/10 6/9 14/24 21/21 34/8 34/17 35/4 35/7 35/14 36/11 37/23 38/7 38/13 38/18
probationary [1]  13/22
proceed [1]  3/17
proceeding [1]  9/21
proceedings [7]  1/9 2/8 9/18 12/18 16/12 39/3 40/4
produced [1]  2/8
professionalism [1]  17/19
professionally [1]  18/8
proffer [1]  6/22
prologue [1]  19/10
promise [1]  27/7
promises [1]  36/21
promote [2]  22/21 27/24 28/7
proper [1]  19/19
prosecute [1]  13/8
prosecution [3]  17/21 27/4 31/25
prosecutions [2]  31/2 32/22
protect [1]  27/25
Proud [3]  17/1 17/23 18/3
proudly [1]  19/17
provide [6]  13/2 27/24 28/1 28/7 34/8 35/7
provided [2]  12/22 14/6
public [6]  16/17 16/21 17/17 22/9 28/1 32/23
publicity [1]  33/20
punishment [3]  21/18 27/24 28/8
punitive [1]  9/22
puppets [1]  30/12
purpose [1]  14/20
purposes [5]  9/23 17/16 19/10 37/6 38/4
put [4]  9/5 22/7 24/16 38/2
puts [1]  33/19

**Q**

qualifies [1]  5/25
question [1]  10/4
quite [1]  4/4

**R**

radio [2]  19/13 29/13
raise [2]  8/23 37/8
raised [1]  28/22
Rakoczy [1]  1/13 3/9

Range [2]  8/19 36/25
rank [1]  29/6
re [1]  28/16
re-offend [1]  28/16
reached [1]  6/7
read [2]  6/4 32/18
ready [1]  3/17
really [9]  16/19 17/17 18/6 18/18 22/20 23/18 24/4 26/11 33/18
Realtime [1]  2/4
reason [2]  23/4 28/15 30/23
reasonably [1]  25/25
reasons [6]  5/4 9/11 12/15 13/18 15/10 25/5
recall [1]  12/1
receive [1]  9/22 20/3
received [4]  3/22 4/5 4/12 30/7
recent [1]  35/2
recognition [1]  7/10
recognize [3]  13/12 25/12 38/17
recognized [1]  29/18
recommendation [2]  3/25 6/9
recommended [2]  5/10 34/17
reconcile [1]  32/4
reconciling [1]  33/22
record [6]  3/6 16/17 18/5 18/12 38/2 40/3
recorded [1]  2/8
Red [1]  20/10
redacted [1]  13/3
reduced [2]  8/12 8/16
reduction [8]  5/10 5/21 6/5 7/6 7/10 7/17 7/17 8/13
refer [1]  7/3
referred [2]  10/21 31/2
referring [1]  15/22
reflect [4]  27/23 28/6 28/13 28/18
reflects [1]  28/11
refrain [1]  34/24
regardless [1]  32/24
regime [1]  30/13
regional [1]  10/10 12/25
Registered [1]  2/3
regrettably [1]  32/20
rehabilitation [1]  25/12
rehabilitative [1]  21/20
reiterate [1]  27/12
related [1]  14/4
relationship [2]  24/23 29/9
release [5]  34/6 35/9 36/11 37/21 37/22
relevant [1]  6/14
relieved [1]  18/8
religious [8]  14/16 14/19 15/4 15/7 15/24 25/10 25/10 34/10
rely [1]  38/13

remain [1]  15/6
remained [1]  12/5
remarks [1]  26/20
remember [1]  10/14
repeat [2]  19/21 21/15
repeatedly [1]  15/10
Report [4]  3/24 4/13 34/19 36/12
reporter [5]  2/3 2/3 2/4 2/4 26/25
reporting [1]  36/17
represent [2]  17/1 23/10
representations [2]  5/2 5/5
represented [3]  16/24 16/25 21/14
represents [1]  23/24
request [6]  6/4 13/20 14/9 14/10 37/4 37/6
requested [2]  14/17 35/8 35/11
require [1]  35/15
requirement [1]  35/1
reserved [2]  37/8 37/11
Reserves [1]  29/6
residence [2]  36/13 36/16
resolve [1]  7/21
respect [4]  17/24 27/24 28/7 35/22
respectfully [2]  6/1 26/9
response [1]  29/12
responsibility [3]  8/11 20/18 20/20
rest [2]  5/15 21/4
restitution [5]  13/23 35/5 35/12 35/18 35/23
restrictive [2]  15/21 15/25
results [3]  8/19 10/1 12/21
retain [1]  36/18
retribution [1]  21/18
review [1]  4/13
reviewed [3]  3/23 4/21 12/9 20/6
Revolution [1]  30/11
rhetoric [1]  30/13
Rhodes [7]  10/10 10/14 11/8 12/5 13/1 30/13 30/17
Rhodes' [1]  30/7
Ridge [1]  1/18
right [23]  3/16 3/21 4/10 4/16 5/1 5/7 9/1 12/12 15/14 18/23 20/11 21/6 23/21 24/2 24/25 25/15 25/17 27/11 36/20 37/8 37/11 38/1 38/21
rightly [1]  6/16
riot [16]  16/23 17/3 18/22 18/22
rise [2]  3/2 39/1
risk [1]  33/19
RMR [2]  40/2 40/8

**R**

Road [1] 1/18
role [2] 28/11 32/7
Rotunda [2] 11/15 30/24
run [1] 22/21

**S**

saddens [1] 18/13
said [11] 20/12 21/7 23/7 28/9 29/24 30/8 30/19 31/7 31/13 37/20 37/22
sales [1] 28/24
same [2] 12/3 24/23
say [10] 8/14 20/22 20/24 22/11 24/8 27/2 27/5 33/1 33/15 38/12
says [2] 14/22 29/15
school [1] 28/22
seal [1] 13/5
seated [1] 3/5
second [3] 25/2 25/4 25/4
secretary [1] 25/7
security [1] 30/18
see [5] 12/18 17/3 20/6 24/24 29/25
seek [1] 28/15
seemingly [1] 29/3
seen [1] 11/21
self [3] 25/13 25/14 25/21
self-esteem [3] 25/13 25/14 25/21
selfie [1] 23/25
send [1] 31/10
sense [4] 10/7 15/15 18/14 26/1
sentence [21] 9/6 9/8 9/23 13/22 14/1 14/24 14/24 15/12 24/17 26/10 26/17 27/17 27/22 28/6 28/13 28/14 28/18 34/4 36/23 37/12 37/16
sentenced [2] 9/15 34/5
sentences [2] 28/3 29/24
sentencing [10] 1/9 3/17 4/1 4/3 6/17 7/19 14/8 27/18 34/18 37/10
Sentencing Commission [1] 7/19
sergeant [1] 29/6
serious [5] 12/16 13/19 14/2 24/7 31/5
seriousness [3] 27/23 28/6 28/11
SERT [1] 20/9
served [5] 14/25 19/17 20/16 29/5 34/7
service [10] 13/23 26/17 27/7 34/12 35/14 35/15 35/16 38/6 38/9 38/16
services [6] 14/16

34/10
serving [1] 23/15
set [5] 7/1 11/16 27/16 27/18 36/22
several [3] 10/15 11/8 24/11
shall [5] 34/15 35/6 35/7 35/23 36/8
shape [1] 24/6
share [1] 32/11
shared [1] 35/10
should [8] 4/7 7/9 8/14 9/22 26/2 28/2 28/18 32/24
shoulder [1] 10/22
side [6] 4/22 5/12 8/22 10/5 11/17 32/24
sides [1] 3/17
sign [1] 30/19
Signal [1] 30/22
significance [2] 28/9 31/25
significant [3] 32/13 32/17 33/4
similar [3] 12/4 14/4 29/20
simply [3] 32/2 32/5 32/18
since [1] 26/6
sincere [1] 21/2
single [1] 17/22
sisters [1] 25/19
sitting [1] 29/25
situated [1] 12/19
situation [1] 9/12
situations [2] 13/15 29/21
six [7] 4/20 5/3 6/23 8/15 8/19 27/13 34/6
six-level [2] 4/20 5/3
skeptical [1] 22/14
skill [2] 19/18 19/18
skirt [1] 21/7
slammed [1] 20/13
small [1] 30/4
so [67]
so I think [2] 11/10 11/20
solely [1] 14/19
solo [1] 16/24
some [22] 5/22 5/23 9/22 10/13 10/16 13/3 13/16 13/20 16/13 18/2 20/20 21/18 21/25 22/13 24/8 24/9 25/5 28/17 29/18 30/2 31/1 33/19
somebody [3] 12/16 22/14 33/5
somebody's [1] 25/13
someone [5] 12/25 16/25 17/1 25/12 32/2 something [8] 10/24 16/19 17/12 20/12 21/9 22/15 24/25 26/12
somewhat [1] 24/5
somewhere [2] 16/17

soon [1] 31/19
sorry [4] 10/3 26/23 27/5 38/5
sort [5] 10/23 12/2 15/16 17/3 18/25
sought [1] 32/3
sounds [1] 38/15
speak [4] 16/25 17/21 21/4 26/24
speaking [1] 27/2
speaks [2] 24/24 29/16
special [2] 34/14 35/6
specialty [2] 19/13 19/17
specificity [1] 24/14
spent [1] 29/20
spoke [2] 20/14 21/21
spot [1] 12/3
Stack [1] 10/7
stacks [1] 10/21
staff [3] 16/12 16/14 29/6
stand [3] 5/18 9/6 23/14
stands [1] 39/2
start [1] 20/10
started [1] 22/23
state [2] 19/22 34/23
stated [1] 10/15
statement [1] 26/21
STATES [8] 1/1 1/3 1/10 3/7 18/9 32/15 35/24 37/12
Station [1] 11/19
status [2] 18/10 33/2
statute [2] 27/19 37/13
statutory [2] 36/23 36/24
stayed [1] 24/11
steadily [1] 25/1
steady [1] 28/23
stenography [1] 2/8
step [2] 9/17 11/16
steps [2] 11/16 11/17
Stewart [1] 13/1
Stewart Rhodes [1] 13/1
still [2] 30/10 33/21
stood [1] 18/18
stopped [1] 30/5
storms [1] 19/25
strata [1] 17/4
Street [1] 1/14
stretched [1] 26/15
strides [1] 38/10
subjected [1] 33/19
submission [1] 32/19
submissions [1] 4/21
submit [1] 23/9
submitted [3] 4/2 13/4 20/5
substance [2] 34/24 34/25
substances [1] 35/2
substantial [5] 4/19 5/4 12/22 14/5 19/11
substantially [1] 8/3

such [5] 26/3 35/2 36/9 37/6 38/17
sufficient [1] 27/17
supervise [1] 35/14
supervised [3] 34/6 37/20 37/22
supervision [2] 34/15 34/21 36/15 36/18
support [2] 4/6 24/18
supposed [2] 23/9 23/22
sure [4] 4/4 16/16 32/10 32/25
surprised [1] 38/18
surprising [1] 29/24
suspend [1] 35/1
swept [2] 24/8 24/9
syndrome [1] 23/16
system [2] 17/8 33/3

**T**

take [3] 9/16 38/19 38/22
taken [1] 8/7
takes [1] 20/17
taking [1] 32/6
talking [2] 7/15 23/7
taught [1] 20/1
technological [1] 16/13
ten [2] 29/5
term [5] 14/11 15/1 15/17 29/9 34/5
terms [5] 6/20 14/8 20/2 22/1 32/25
testing [1] 35/1
than [9] 9/13 9/25 14/4 19/6 19/6 19/7 19/8 23/17 27/17
thank [16] 5/19 9/3 12/6 16/6 16/11 16/18 26/18 26/19 27/10 27/11 34/1 34/2 37/24 38/20 38/23 38/24
thank you [10] 9/3 16/6 26/18 26/19 27/10 27/11 34/1 37/24 38/23 38/24
Thank you very much [1] 38/20
thankful [1] 25/24
thanking [1] 20/7
that [220]
that's [15] 5/18 6/14 6/15 8/21 14/25 15/9 15/12 16/19 19/12 19/24 21/10 23/18 29/21 33/4 37/11
their [7] 18/11 25/13 29/21 30/12 31/25 33/9 33/10
them [11] 7/13 18/10 19/22 19/23 20/6 20/7 29/19 29/20 31/9 33/9 33/10
then [11] 4/3 5/2 5/7 6/24 8/15 15/25 24/1

29/19 29/20 30/9 31/16

then-President [1] 30/9
there [34] 4/5 4/7 5/7 5/18 6/23 8/22 9/11 9/20 10/13 10/16 10/19 11/1 12/14 15/18 18/2 18/12 20/4 20/6 20/22 20/25 20/25 21/13 21/13 21/17 21/18 21/22 23/10 23/14 24/11 28/17 31/12 32/20 37/17 38/10
there's [12] 5/22 5/23 10/23 12/8 18/5 20/9 21/17 25/20 25/23 28/15 35/2 38/22
therefore [4] 6/18 7/23 30/20 35/20
these [7] 12/15 13/18 21/22 23/11 29/19 30/11 31/2
they [12] 11/21 15/19 18/11 19/15 20/3 22/14 22/15 25/5 25/11 27/13 32/24 32/25
they're [1] 22/13
thing [4] 17/11 22/9 22/22 38/4
things [6] 5/24 13/23 20/17 23/18 30/8 34/19
think [40] 4/6 5/8 5/22 5/25 6/5 6/5 6/14 7/5 7/6 7/12 7/18 10/18 10/23 11/10 11/20 13/6 14/25 15/5 15/22 20/4 22/15 23/16 23/17 24/5 26/11 26/11 26/15 28/14 29/16 30/14 30/18 30/19 32/1 32/10 32/19 33/4 33/5 33/20 34/2 38/17
third [1] 16/22
this [42]
those [7] 7/20 10/1 11/16 12/7 12/21 13/15 13/16 16/3 16/4 33/21 34/19 34/22 38/10
thought [1] 32/9
thousands [1] 30/25
threats [3] 6/12 6/19 6/25
three [18] 8/5 8/11 15/18 16/4 17/3 17/4 17/13 17/14 17/14 17/15 17/18 17/21 17/23 18/1 18/1 18/7 21/22 34/6
through [2] 3/22 11/18
throughout [2] 16/12 28/24
throw [1] 23/1
time [8] 6/24 12/14 22/4 33/5 35/11 36/9 38/2 38/10
times [2] 19/14 20/2
timing [1] 10/24
titled [1] 40/4

**T**
today [4] 17/1 21/17 22/2 29/25
together [2] 9/25 10/22
too [1] 27/3
took [5] 17/25 20/20 23/25 23/25 24/12
total [1] 8/17
toward [1] 36/2
towards [1] 38/10
trades [1] 29/2
training [1] 28/2
transcript [3] 1/9 2/8 40/3
transcription [1] 2/8
transferred [1] 36/16
transgression [1] 18/16
treated [1] 17/24
trials [1] 32/15
tried [2] 12/2 33/22
trouble [4] 20/11 21/8 22/16 26/6
true [3] 20/15 21/2 21/6
truly [2] 19/10 29/2
truth [1] 13/15
try [3] 10/1 15/11 33/6
trying [2] 25/2 25/2
tsunami [1] 24/10
turn [2] 8/23 28/19
turning [1] 20/25
two [17] 6/20 7/6 7/9 7/16 7/17 7/20 8/9 8/13 9/11 10/20 23/1 23/3 23/12 23/12 25/8 30/11 32/15
two-level [1] 7/6
two-point [1] 7/17
type [1] 24/17

**U**
U.S [2] 1/13 36/6
U.S. [1] 35/10
U.S. Attorney's Office [1] 35/10
U.S.C [2] 7/25 27/16
unable [1] 37/3
under [10] 5/3 5/8 7/25 8/15 13/5 14/21 15/2 22/18 23/22 37/12
understand [3] 6/21 14/12 30/4
understandably [1] 21/19
understanding [5] 10/8 10/18 16/15 32/7 33/24
understood [2] 31/12 32/12
unfortunately [1] 20/16
Union [1] 11/19
Union Station [1] 11/19
unique [1] 7/10
UNITED [8] 1/1 1/3 1/10 3/7 18/9 32/15 35/24 37/12
32/15 35/24 37/12
unlawful [4] 34/25
unlawfully [1] 34/24
unless [2] 16/1 38/22
unlike [1] 20/19
unredacted [1] 13/5
until [3] 10/12 35/11 36/9
unwarranted [1] 28/4
up [13] 8/17 10/5 11/5 12/3 12/10 23/4 23/6 24/8 26/12 30/24 31/8 32/8 35/11
updates [1] 10/13
upon [7] 4/19 5/2 5/5 6/6 6/14 31/13 36/21
upward [2] 7/15 7/18
upwards [1] 7/9
usdoj.gov [1] 1/16
use [6] 19/19 21/25 32/14 34/25 35/2 38/10
used [5] 6/12 14/11 15/1 15/17 27/2
useful [1] 13/3
using [1] 29/13

**V**
variant [1] 15/16
various [2] 15/19 28/24
vary [1] 7/9
versus [1] 3/7
very [21] 9/7 9/12 9/24 12/16 12/19 13/7 13/19 14/2 17/4 17/14 17/14 17/15 18/7 18/16 20/5 25/19 26/2 26/3 31/5 33/25 38/20
via [1] 14/25
video [2] 4/2 12/9
videos [1] 8/6
view [2] 12/15 19/1
violating [1] 22/17
violence [5] 6/12 6/13 6/19 6/25 32/14
violent [4] 5/23 6/25 7/4 12/17
virtue [1] 12/24
vital [1] 13/12
vocational [1] 28/2
volunteer [1] 29/11
vote [1] 31/5
vs [1] 1/5

**W**
waive [2] 35/20 35/21
walked [4] 23/20 23/21 24/1 24/12
want [10] 16/16 16/18 18/12 21/7 22/14 25/24 25/25 25/25 26/1 38/4
wanted [2] 21/6 37/19
wants [3] 4/22 23/13 25/3
War [1] 30/11
warranted [1] 7/20
warrants [1] 31/6
was [63]
37/16 38/12
wasn't [6] 20/22 21/11 24/4 24/9 26/12 32/5
watch [2] 23/13 23/14
watching [1] 22/10
water [1] 19/16
way [10] 6/3 11/17 11/21 14/21 18/11 20/17 24/6 32/4 33/11 33/13
Wayne [1] 1/19
ways [1] 32/13
we [48]
We make [1] 23/4
we'll [1] 9/2
we're [1] 3/16
we've [6] 10/6 10/21 12/1 12/9 15/10 31/2
week [2] 20/21 20/24
weeks [1] 32/8
well [10] 4/2 6/3 8/7 16/18 19/9 20/12 28/23 34/16 37/7 38/23
went [3] 6/7 9/20 19/25
were [13] 4/5 6/19 10/13 10/16 10/25 11/11 13/10 15/12 17/24 19/24 21/13 21/13 21/14
what [43]
what's [2] 20/19 22/11
wheelchairs [1] 23/16
when [12] 8/18 14/14 18/14 18/17 19/3 19/20 20/21 20/24 21/16 22/6 23/6 28/17
where [13] 10/15 10/19 10/25 11/9 11/12 11/14 12/3 12/4 13/14 14/24 20/12 22/5 29/25
whether [4] 4/4 12/2 15/3 15/15
which [13] 8/18 12/4 13/4 14/11 14/15 16/1 17/13 26/4 30/8 32/24 34/7 34/13 36/16
while [4] 30/9 31/8 34/15 34/20
who [26] 9/25 11/11 11/20 11/25 12/16 13/1 13/9 13/16 16/24 17/1 18/9 19/4 19/24 20/6 20/9 22/14 23/4 23/19 23/21 28/22 29/15 32/2 32/12 32/13 33/17 33/21
who's [3] 16/25 23/14 33/5
whole [4] 13/24 13/24 20/13 33/23
whom [1] 9/14
why [2] 15/1 23/7
will [24] 5/3 5/14 6/10 19/7 26/6 27/8 34/4 34/5 34/7 34/8 34/9 34/11 34/13 35/1 35/5 35/13 35/14 35/20
37/16 38/12
William [3] 2/3 40/2 40/8
window [1] 28/25
wise [1] 12/20
wish [5] 5/12 17/10 27/5 37/1 38/23
wishes [1] 8/22
within [2] 36/7 37/2
without [3] 13/8 18/25 37/5
wonderful [1] 27/3
work [13] 14/16 15/23 22/19 24/18 25/1 25/6 25/8 25/21 26/7 26/17 27/6 34/10 38/13
worked [1] 18/9
working [6] 14/18 15/4 22/3 22/16 25/3 29/4
world [1] 18/7
worst [3] 19/2 26/3 26/3
worth [1] 12/8
would [17] 5/20 7/15 11/3 11/14 11/17 11/21 14/15 26/9 26/11 26/16 26/21 27/5 30/10 31/12 32/18 38/6 38/17
wouldn't [2] 23/21 38/8
Wow [1] 24/23
writes [1] 32/23
wrong [1] 21/6
wrongdoing [1] 31/20

**Y**
years [11] 21/12 22/21 23/12 24/22 24/23 28/21 29/5 29/18 29/20 30/5 34/6
Yes [6] 3/18 3/20 4/14 26/22 27/1 37/18
yet [2] 11/5 33/22
you [93]
you know [1] 21/23
you'd [1] 38/2
you'll [1] 29/17
you're [2] 15/22 23/22
you've [2] 14/11 29/2
young [1] 24/22
your [50]
Your Honor [27] 3/18 4/8 4/9 4/14 4/24 4/25 5/14 8/24 8/25 9/3 15/18 16/9 16/11 16/14 16/16 20/4 20/5 22/2 22/20 24/13 24/16 25/25 26/16 26/22 27/1 37/18 38/24
Your Honor's [2] 21/5 21/16
yourself [1] 38/23

**Z**
Zaremba [3] 2/3 40/2 40/8
zero [6] 5/7 7/16 7/17
8/19 27/13
zero-point [2] 5/7 7/17
zero-point-offender [1] 8/13
zones [1] 14/23